1   Eric L. Wesenberg, Bar No. 139696
    EWesenberg@perkinscoie.com
2   Christopher L Kelley, Bar No. 166608
    CKelley@perkinscoie.com
3   Kenneth J. Halpern, Bar No. 187663
    KHalpern@perkinscoie.com
4   Wing H. Liang, Bar No. 285521
    WLiang@perkinscoie.com
5   PERKINS COIE LLP
    3150 Porter Drive
6   Palo Alto, CA 94304-1212
    Telephone:  650.838.4300
7   Facsimile:  650.838.43501

8   Attorneys for Plaintiff
    THX, LTD.
9

10  Mark D. Selwyn, Bar No. 244180
    Mark.Selwyn@wilmerhale.com
    WILMERHALE LLP
11  950 Page Mill Road
    Palo Alto, CA 94304
12  Telephone:  (650) 858-6000
    Facsimile:  (650) 858-6100
13

14  Attorneys for Defendant Apple Inc.

15

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                     SAN FRANCISCO DIVISION

19

20  THX, LTD.,                          Case No. 3:13-CV-01161-JSW

21                   Plaintiff,         STIPULATION AND [PROPOSED]
                                        ORDER TO CONTINUE THE CASE
22         v.                           MANAGEMENT CONFERENCE AND
                                        RELATED DEADLINES
23  APPLE, INC.,

24                   Defendant.

25

26         Pursuant to the Court's Order Setting Initial Case Management Conference and ADR

27  Deadlines dated March 14, 2013 (Dkt. No. 2), the Court's Order Setting Case Management

28  Conference and Requiring Joint Case Management Conference Statement dated March 19, 2013

(Dkt. No. 5), and Local Rules 6-2 and 7-12, plaintiff THX, Ltd. ("THX") and defendant Apple Inc. ("Apple") jointly submit this stipulated request for an order continuing the Case Management Conference, which is now set for June 14, 2013 at 1:30 p.m., and other related deadlines by 42 days or as soon thereafter as the matter may be heard.

WHEREAS THX filed its Complaint in this action on March 14, 2013;

WHEREAS THX has not yet served Apple with its Complaint and Apple has not yet appeared in this action;

WHEREAS on March 14, 2013 and March 19, 2013, this Court issued orders scheduling a Case Management Conference for June 14, 2013;

WHEREAS the parties are currently attempting to resolve this matter outside of this litigation; and

WHEREAS the requested continuance is the first request for an extension in this case of any kind and will not affect any other deadline.

NOW THEREFORE IT IS HEREBY STIPULATED by the parties, through their respective counsel, that the Case Management Conference shall be continued from June 14, 2013 at 1:30 p.m. to July 26, 2013 at 1:30 p.m., or as soon thereafter as the matter may be heard, and that all related deadlines shall be continued as follows:

| Date | Event |
|------|-------|
| July 5, 2013 | Last day to: <br> • meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; <br> • file ADR Certification signed by Parties and Counsel; and <br> • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| July 19, 2013 | Last day to: <br> • file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report; and <br> • file Case Management Statement |
| July 26, 2013 | Case Management Conference at 1:30 p.m. |

STIPULATION TO CONTINUE CMC
AND RELATED DEADLINES
CASE NO.: 3:13-CV-01161 JSW

1        IT IS SO STIPULATED.

2

3   Dated:  June 4, 2013               By:   */s/ Eric L. Wesenberg*

                                             Eric L. Wesenberg, Bar No. 139696

4                                       EWesenberg@perkinscoie.com

5                                     Attorneys for Plaintiff THX, LTD.

6        Pursuant to Civil Local Rule 5-1(i)(3), counsel for THX has obtained the concurrence

7  of Apple's counsel in the filing of this Stipulated Request.

8

9   Dated:  June 4, 2013               By:   */s/ Mark D. Selwyn*

                                             Mark D. Selwyn, Bar No. 244180

10                                    Mark.Selwyn@wilmerhale.com

11

12                                     Attorneys for Defendant Apple Inc.

13

14      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

15

16   DATED: _June 5, 2013_

17                                          Honorable Jeffrey S. White

                                          United States District Judge

18

19

20

21

22

23

24

25

26

27

28

LEGAL26908131.1                 -3-                  STIPULATION TO CONTINUE CMC

ActiveUS 111013946v.1