# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

THX, Ltd._____,
           Plaintiff(s),

      v.

APPLE INC._____,
          Defendant(s).
_____/

CASE NO. CV-13-1161 JSW____

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐     Non-binding Arbitration (ADR L.R. 4)
☐     Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☐     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☑     Private ADR *(please identify process and provider)* _____

Private Mediation.  Provider to be determined_____

The parties agree to hold the ADR session by:
☐     the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☑     other requested deadline _60 days from the Court's Claim Construction Order_

Dated: July 5, 2013_____

Dated: July 5, 2013_____

    /s/ Eric L. Wesenberg_____
    Attorney for Plaintiff THX, Ltd.

    /s/ Liv Herriot_____
    Attorney for Defendant  APPLE INC.

CONTINUE TO FOLLOWING PAGE

~~[PROPOSED]~~ ORDER

☒ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:   July 9, 2013

Hon. Jeffrey S. White
UNITED STATES DISTRICT        JUDGE

> When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11