1   Eric L. Wesenberg, Bar No. 139696
    EWesenberg@perkinscoie.com
2   Christopher L Kelley, Bar No. 166608
    CKelley@perkinscoie.com
3   Kenneth J. Halpern, Bar No. 187663
    KHalpern@perkinscoie.com
4   Wing H. Liang, Bar No. 285521
    WLiang@perkinscoie.com
5   PERKINS COIE LLP
    3150 Porter Drive
6   Palo Alto, CA 94304-1212
    Telephone:  650.838.4300
7   Facsimile:  650.838.43501

8   Attorneys for Plaintiff
    THX, LTD.
9
    Mark D. Selwyn, Bar No. 244180
10  Mark.Selwyn@wilmerhale.com
    WILMER CUTLER PICKERING
11   HALE AND DORR LLP
    950 Page Mill Road
12  Palo Alto, CA 94304
    Telephone:  (650) 858-6000
13  Facsimile:  (650) 858-6100

14  Attorneys for Defendant Apple Inc.

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                      SAN FRANCISCO DIVISION

19

20
    THX, LTD.,                          Case No. 3:13-CV-01161-JSW
21
                    Plaintiff,          **STIPULATION AND [PROPOSED]
22                                       ORDER TO CONTINUE THE CASE
                                         MANAGEMENT CONFERENCE AND
23          v.                           RELATED DEADLINES**
                                         AS MODIFIED HEREIN
24  APPLE INC.,

                    Defendant.
25

26
            Pursuant to Local Rules 6-2 and 7-12, plaintiff THX, Ltd. ("THX") and defendant Apple
27
    Inc. ("Apple") jointly submit this stipulated request for an order continuing the Case Management
28

1   Conference, which is now set for July 26, 2013 at 1:30 p.m., and other related deadlines by 70

2   days or as soon thereafter as the matter may be heard.

3          WHEREAS, THX filed its Complaint in this action on March 14, 2013;

4          WHEREAS, THX filed its Amended Complaint in this action on July 11, 2013;

5          WHEREAS, THX served its Complaint and Amended Complaint on July 12, 2013, and

6   Apple has not responded;

7          WHEREAS, on June 5, 2013, this Court issued an order rescheduling the Case

8   Management Conference to July 26, 2013 (Docket No. 7); and

9          WHEREAS, the requested continuance is the second request for an extension in this

10  case of any kind and will not affect any other deadline.

11         NOW THEREFORE IT IS HEREBY STIPULATED by the parties, through their

12  respective counsel, that the Case Management Conference shall be continued from July 26,

13  2013 at 1:30 p.m. to October 4, 2013 at 1:30 p.m., or as soon thereafter as the matter may be

14  heard, and that all related deadlines shall be continued as follows:

15

| Date | Event |
|------|-------|
| September 27, 2013 | Last day to:<br>• file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report; and<br>• file Case Management Statement |
| October 4, 2013 | Case Management Conference at 1:30 p.m. |

20      //

21      //

22      //

23      //

24      //

25      //

26      //

27

28

-2-

1    IT IS SO STIPULATED.

2

3    Dated: July 16, 2013               By:    /s/

4                                               Eric L. Wesenberg, Bar No. 139696
                                              EWesenberg@perkinscoie.com

5
                                              Attorneys for Plaintiff THX, LTD.

6

7    Dated: July 16, 2013               By:    /s/

8                                               Mark D. Selwyn, Bar No. 244180
                                              Mark.Selwyn@wilmerhale.com

9                                             Attorneys for Defendant Apple Inc.

10

11        Pursuant to Civil Local Rule 5-1(i)(3), counsel for Apple has obtained the concurrence

12   of THX's counsel in the filing of this Stipulated Request.

13

14   Dated: July 16, 2013               By:    /s/
                                               Mark D. Selwyn, Bar No. 244180
15                                            Mark.Selwyn@wilmerhale.com

16                                            Attorneys for Defendant Apple Inc.

17

18   ~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~
      Although the parties have not set forth the factual basis for the need for a continuance, the Court shall
19   grant the request.  The case management conference is continued to October 11, 2013, and the related
20   deadlines are continued to October 4, 2013.  If the parties seek to continue this matter a third time, they
      shall set forth the reason for the request.
21   DATED:  July 18, 2013                     _____
                                               Honorable Jeffrey S. White
22                                             United States District Judge

23

24

25

26

27

28

-3-                          STIPULATION TO CONTINUE CMC
                                                       AND RELATED DEADLINES
                                                       CASE NO.:  3:13-CV-01161 JSW