Liv Herriot (SBN 267694)
(*liv.herriot@wilmerhale.com*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorney for Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THX, LTD.,<br><br>            Plaintiff,<br><br>     vs.<br><br>APPLE INC.,<br><br>            Defendant. | Case No. 13-CV-01161-JSW<br><br>**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF APPLE INC.** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Liv Herriot (State Bar No. 267694) of Wilmer Cutler Pickering Hale and Dorr LLP hereby appears as counsel for Apple Inc. in this action. Pursuant to General Order 45 IV(c), counsel respectfully requests that she be included via email on the Court's notification of all electronic filings in this action at the following email address: liv.herriot@wilmerhale.com.

Dated: July 25, 2013

WILMER CUTLER PICKERING
  HALE AND DORR LLP


/s/ Liv Herriot
Liv Herriot (SBN 23154)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

*Counsel for Plaintiff Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 25, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

                                               /s/ Liv Herriot
                                             Liv Herriot