| | |
|---|---|
| 1 | Eric L. Wesenberg, Bar No. 139696 |
| | EWesenberg@perkinscoie.com |
| 2 | Christopher L Kelley, Bar No. 166608 |
| | CKelley@perkinscoie.com |
| 3 | Kenneth J. Halpern, Bar No. 187663 |
| | KHalpern@perkinscoie.com |
| 4 | Wing H. Liang, Bar No. 285521 |
| | WLiang@perkinscoie.com |
| 5 | PERKINS COIE LLP |
| | 3150 Porter Drive |
| 6 | Palo Alto, CA 94304-1212 |
| | Telephone: 650.838.4300 |
| 7 | Facsimile: 650.838.43501 |
| 8 | Attorneys for Plaintiff |
| | THX, Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THX, Ltd., | Case No. CV-13-1161 JSW |
| Plaintiff, | **PROOF OF SERVICE SUMMONS IN A CIVIL ACTION** |
| v. | |
| APPLE, INC., | |
| Defendant. | |

LEGAL26042490.1

PROOF OF SERVICE
CASE NO. CV-13-1161 JSW

| Attorney or Party without Attorney:<br>ERIC L WESENBERG ESQ<br>PERKINS COIE LLP<br>3150 PORTER DRIVE<br>PALO ALTO, CA 94304<br>Telephone No: 650-838-4300 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>THX V APPLE | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court For The Northern District Of California |

| Plaintiff: THX, LTD |
|---|
| Defendant: APPLE, INC. |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV13-1161 JSW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint For Patent Infringement; Amended Complaint For Patent Infringement; Order Setting Case Management Conference And Requiring Joint Case Management Conference Statement; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Orders; United States District Court Northern District Of California Ecf Registration Information Handout; Consent To Proceed Before A United States Magistrate Judge; Consent Handout; Plaintiff Thx Ltd.'s Certification Or Persons Pursuant To Civil Local Rule 3-16; Plaintiff Thx Ltd's Corporate Disclosure Statement

3. a. Party served:  APPLE, INC. BY SERVING NINA TALLON @ WILMER HALE, LLP WITH COURTESY COPIES
   b. Person served:  BY SERVING JASON FRASER. AGENT. AUTHORIZED TO ACCEPT.

4. Address where the party was served:  1875 PENNSYLVANIA AVE., N.W. WASHINGTON, DC 20006

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jul. 12, 2013 (2) at: 12:44PM

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DANIEL WILLIAMS
   d. The Fee for Service was:
   e. I am:
      (i) Independent Contractor

A & A LEGAL SERVICE
1541 Bayshore Hwy.
Burlingame, CA 94010-1602
Toll Free (855) 388-9243
FAX (855) 388-9240
general@AALegalService.com

8. I declare under penalty of perjury that the foregoing is true and correct.

Date: Fri, Jul. 12, 2013

(DANIEL WILLIAMS)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

enve.82057

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| ERIC L WESENBERG ESQ<br>PERKINS COIE LLP<br>3150 PORTER DRIVE<br>PALO ALTO, CA 94304 | | | | |
| Telephone No: 650-838-4300 | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.:<br>THX V APPLE | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court For The Northern District Of California | | | | |
| Plaintiff: THX, LTD | | | | |
| Defendant: APPLE, INC. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV13-1161 JSW |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint For Patent Infringement; Amended Complaint For Patent Infringement; Order Setting Case Management Conference And Requiring Joint Case Management Conference Statement; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Orders; United States District Court Northern District Of California Ecf Registration Information Handout; Consent To Proceed Before A United States Magistrate Judge; Consent Handout; Plaintiff Thx Ltd.'s Certification Or Persons Pursuant To Civil Local Rule 3-16; Plaintiff Thx Ltd's Corporate Disclosure Statement

3. a. Party served: APPLE, INC. BY SERVING LIV HERRIOT @ WILMER HALE LLP WITH COURTESY COPIES
   b. Person served: ALEJANDRA MALDONADO, RECEPTIONIST

4. Address where the party was served: 950 PAGE MILL ROAD
   PALO ALTO, CA 94034

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jul. 11, 2013 (2) at: 5:15PM

7. Person Who Served Papers: Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. URIEL CARMONA
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 464
      (iii) County: San Mateo

A & A LEGAL SERVICE
1541 Bayshore Hwy.
Burlingame, CA 94010-1602
Toll Free (855) 388-9243
FAX (855) 388-9240
general@AALegalService.com

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Jul. 17, 2013

(URIEL CARMONA)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

erwe.82056