1  Mark D. Selwyn (SBN 244180)
   (*mark.selwyn@wilmerhale.com*)
2  WILMER CUTLER PICKERING
     HALE AND DORR LLP
3  950 Page Mill Road
   Palo Alto, California  94304
4  Telephone:  (650) 858-6000
   Facsimile:  (650) 858-6100
5

6  Attorney for Apple Inc.

7                       UNITED STATES DISTRICT COURT

8         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
9

10 THX LTD.,                         Case No. 13-CV-01161-JSW

11         Plaintiff,

12      vs.

13 APPLE INC.,                       **NOTICE OF APPEARANCE OF
                                     COUNSEL ON BEHALF OF APPLE INC.**
14
           Defendant.
15

16

17

18 **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

19       PLEASE TAKE NOTICE that Christine C. Capuyan (State Bar No. 281036) of Wilmer

20 Cutler Pickering Hale and Dorr LLP hereby appears as counsel for Apple Inc. in this action.

21 Pursuant to General Order 45 IV(c), counsel respectfully requests that she be included via email

22 on the Court's notification of all electronic filings in this action at the following email address:

23 christine.capuyan@wilmerhale.com.

24

25

26

27

28

Dated: July 30, 2013							WILMER CUTLER PICKERING
											  HALE AND DORR LLP


											/s/ Christine C. Capuyan
											Christine C. Capuyan (SBN 281036)
											WILMER CUTLER PICKERING
											  HALE AND DORR LLP
											950 Page Mill Road
											Palo Alto, California 94304
											Telephone: (650) 858-6000
											Facsimile: (650) 858-6100

											*Counsel for Defendant Apple Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 30, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

      /s/ Christine C. Capuyan
      Christine C. Capuyan