Mark D. Selwyn  (SBN 244180)
  Mark.Selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Nina S. Tallon (*pro hac vice*)
  Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

Bryan S. Conley (*pro hac vice*)
  Bryan.Conley@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

*Attorneys for Defendant and
Counterclaim-Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THX LTD.,<br><br>                    Plaintiff,<br><br>        v.<br><br>APPLE INC.,<br><br>                    Defendant. | **Civil Action No. 3:13-cv-01161-(JSW)**<br><br>**JURY TRIAL DEMANDED**<br><br>**APPLE INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16)** |

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## APPLE INC.'S CERTIFICATION OF INTERESTED

## ENTITIES OR PERSONS (CIVIL L.R. 3-16)

Pursuant to Civil L.R. 3-16, the undersigned hereby certifies that as of this date, other than the named parties and entities identified by THX Ltd. in its Certification of Interested Entities or Persons Pursuant to Civil Local Rule 3-16 (Dkt.  13), filed on July 11, 2013, there is no such interest to report.

Dated:  August 1, 2013                    Respectfully submitted,


_/s/ Mark D. Selwyn_
Mark D. Selwyn  (SBN 244180)
 Mark.Selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Nina S. Tallon (_pro hac vice_)
 Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

Bryan S. Conley (_pro hac vice_)
 Bryan.Conley@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000


_Attorneys for Defendant and_
_Counterclaim-Plaintiff Apple Inc._

1

**CERTIFICATE OF SERVICE**

2      I hereby certify under penalty of perjury under the laws of the United States that a true

3  and correct copy of the above and foregoing document has been served on August 1, 2013 to all

4  counsel of record who are deemed to have consented to electronic service via the Court's ECF

5  system per Civil Local Rule 5-1.

6

7  Dated:  August 1, 2013

8                                                          */s/  Mark D. Selwyn*

                                                            Mark D. Selwyn

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Wilmer Cutler Pickering Hale and Dorr LLP**
**950 Page Mill Road**
**Palo Alto, California  94304**

APPLE INC.'S CERTIFICATION OF
                                                            INTERESTED ENTITIES OR PERSONS
                                                            (CIVIL L.R. 3-16)