Mark D. Selwyn  (SBN 244180)
  Mark.Selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Nina S. Tallon (*pro hac vice*)
  Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

Bryan S. Conley (*pro hac vice*)
  Bryan.Conley@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

*Attorneys for Defendant and Counterclaim-Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THX LTD.,<br><br>            Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>            Defendant. | **Civil Action No. 3:13-cv-01161-(JSW)**<br><br>**JURY TRIAL DEMANDED**<br><br>**APPLE INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

# APPLE INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Defendant and Counterclaim-Plaintiff Apple Inc. ("Apple") hereby submits this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1(a).

Apple, through its undersigned counsel, hereby certifies that Apple has no parent corporation and that no publicly held company owns more than 10% of Apple stock.

Dated:  August 1, 2013                                   Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Mark D. Selwyn*
　　　　　　　　　　　　　　　　　　　　　　　　 Mark D. Selwyn  (SBN 244180)
　　　　　　　　　　　　　　　　　　　　　　　　   Mark.Selwyn@wilmerhale.com
　　　　　　　　　　　　　　　　　　　　　　　　 WILMER CUTLER PICKERING
　　　　　　　　　　　　　　　　　　　　　　　　   HALE AND DORR LLP
　　　　　　　　　　　　　　　　　　　　　　　　 950 Page Mill Road
　　　　　　　　　　　　　　　　　　　　　　　　 Palo Alto, CA  94304
　　　　　　　　　　　　　　　　　　　　　　　　 Telephone:  (650) 858-6000
　　　　　　　　　　　　　　　　　　　　　　　　 Facsimile:  (650) 858-6100

　　　　　　　　　　　　　　　　　　　　　　　　 Nina S. Tallon (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　　   Nina.Tallon@wilmerhale.com
　　　　　　　　　　　　　　　　　　　　　　　　 WILMER CUTLER PICKERING
　　　　　　　　　　　　　　　　　　　　　　　　   HALE AND DORR LLP
　　　　　　　　　　　　　　　　　　　　　　　　 1875 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　　　　　　 Washington, DC  20006
　　　　　　　　　　　　　　　　　　　　　　　　 Telephone:  (202) 663-6000
　　　　　　　　　　　　　　　　　　　　　　　　 Facsimile:  (202) 663-6363

　　　　　　　　　　　　　　　　　　　　　　　　 Bryan S. Conley (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　　   Bryan.Conley@wilmerhale.com
　　　　　　　　　　　　　　　　　　　　　　　　 WILMER CUTLER PICKERING
　　　　　　　　　　　　　　　　　　　　　　　　   HALE AND DORR LLP
　　　　　　　　　　　　　　　　　　　　　　　　 60 State Street
　　　　　　　　　　　　　　　　　　　　　　　　 Boston, MA  02109
　　　　　　　　　　　　　　　　　　　　　　　　 Telephone:  (617) 526-6000
　　　　　　　　　　　　　　　　　　　　　　　　 Facsimile:  (617) 526-5000


　　　　　　　　　　　　　　　　　　　　　　　　 *Attorneys for Defendant and*
　　　　　　　　　　　　　　　　　　　　　　　　 *Counterclaim-Plaintiff Apple Inc.*

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the United States that a true and correct copy of the above and foregoing document has been served on August 1, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

Dated:  August 1, 2013                                               */s/  Mark D. Selwyn*
                                                                              Mark D. Selwyn