**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THX, LTD.,

    Plaintiff,

  v.

APPLE, INC.,

    Defendant.
_____/

No. C 13-01161 JSW

**ORDER OF REFERRAL**

Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS this matter to a randomly assigned Magistrate Judge for purposes of resolving any and all discovery disputes. If the parties have not received an assignment within fourteen (14) days of the date of this Order, please contact this Court's Courtroom Deputy, Jennifer Ottolini, and 415-522-4173.

**IT IS SO ORDERED.**

Dated: October 7, 2013

                                                 JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE

cc:    Magistrate Referral Clerk