UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE: October 11, 2013                                  Time in Court: 6 minutes

JUDGE: JEFFREY S. WHITE                     Court Reporter:  Lydia Zinn

Courtroom Deputy: Jennifer Ottolini

CASE NO. C-13-1161  JSW

TITLE:  THX, Ltd., v. Apple Inc.

COUNSEL FOR PLAINTIFF:                    COUNSEL FOR DEFENDANT:
Eric Wesenberg                                       Mark Selwyn
                                                             Liv Herriot

PROCEEDINGS:  Initial Case Management Conference


RESULTS:     The Court adopted the deadlines on page 9 lines 3 through page 10 line 7 of the parties
             Joint Case Management Statement with the following exceptions:

             Claims Construction Tutorial:  5-12-14 at 1:30 p.m.
             Claims Construction Hearing:  5-19-14 at 1:30 p.m.