1  Eric L. Wesenberg, Bar No. 139696
   EWesenberg@perkinscoie.com
2  Christopher L Kelley, Bar No. 166608
   CKelley@perkinscoie.com
3  Kenneth J. Halpern, Bar No. 187663
   KHalpern@perkinscoie.com
4  Wing H. Liang, Bar No. 285521
   WLiang@perkinscoie.com
5  PERKINS COIE LLP
   3150 Porter Drive
6  Palo Alto, CA 94304-1212
   Telephone: 650.838.4300
7  Facsimile: 650.838.43501

8  Attorneys for Plaintiff
   THX LTD.
9

10 Mark D. Selwyn, Bar No. 244180
   Mark.Selwyn@wilmerhale.com
   WILMERHALE LLP
11 950 Page Mill Road
   Palo Alto, CA 94304
12 Telephone: 650.85.6000
   Facsimile: 650.858.6100
13
   Attorneys for Defendant
14 APPLE INC.

15

16                UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19

20 | THX LTD.,              | Case No. 3:13-CV-01161-JSW
21 |         Plaintiff,     | **STIPULATION AND [PROPOSED]**
                              **ORDER TO STAY LITIGATION**
22 |    v.                  | VACATING DEADLINES AND REQUIRING JOINT
                              STATUS REPORTS
23 | APPLE INC.,            |
24 |         Defendant.     |

25

26

27

28

LEGAL28170784.1                                STIPULATION TO STAY
                                         CASE NO.: 3:13-CV-01161 JSW

1  Pursuant to Local Rules 6-2 and 7-12, plaintiff THX, Ltd. ("THX") and defendant Apple
2  Inc. ("Apple") jointly submit this stipulated request for an order staying the present litigation
3  pending issuance of a final written decision by the United States Patent and Trademark Office on
4  petitions that Apple intends to file for *inter partes review* of the U.S. Patent Nos. 7,433,483 and
5  8,457,340 (collectively, "the Patents-in-Suit");
6  WHEREAS, the Court held a Case Management Conference on October 11, 2013;
7  WHEREAS, counsel for Apple stated at the Case Management Conference that Apple
8  intends to petition the United States Patent and Trademark Office for *inter partes review* of the
9  Patents-In-Suit in November 2013 and that Apple intends to request that the Court stay the
10 present litigation in view of Apple's petitions;
11 WHEREAS, on October 15, 2013, the Court issued a Civil Minute Order adopting the
12 deadlines on page 9 line 3 through page 10 line 7 of the parties' Joint Case Management
13 Statement except with respect to the claim construction tutorial and hearing dates (Dkt. No. 32);
14 WHEREAS, the parties wish to suspend the deadlines adopted by the Court and stay the
15 present litigation pending issuance of a final written decision by the United States Patent and
16 Trademark Office on Apple's forthcoming petitions for *inter partes review* of the Patents-in-Suit
17 to mitigate burdens on the parties in the short period before Apple files its petitions;
18 WHEREAS, prior to the October 11, 2013 Case Management Conference, the parties have
19 stipulated twice to continue the Case Management Conference and related deadlines, which were
20 granted by the Court;
21 NOW THEREFORE IT IS HEREBY STIPULATED by the parties, through their
22 respective counsel, that the present litigation is stayed pending issuance of a final written decision
23 by the United States Patent and Trademark Office on Apple's petitions for *inter partes review* of
24 the Patents-in-Suit.
25 / / /
26 / / /
27 / / /
28 / / /

IT IS SO STIPULATED.

Dated: October 23, 2013                By:     /s/ Eric L. Wesenberg
                                                Eric L. Wesenberg

                                        Attorneys for Plaintiff
                                        THX LTD.


Dated: October 23, 2013                By:     /s/ Mark D. Selwyn
                                                Mark D. Selwyn

                                        Attorneys for Defendant
                                        APPLE INC.


Pursuant to Civil Local Rule 5-1(i)(3), counsel for THX has obtained the concurrence of Apple's counsel in the filing of this Stipulated Request.

Dated: October 23, 2013

                                        By:     /s/ Eric L. Wesenberg
                                                Eric L. Wesenberg

                                        Attorneys for Plaintiff
                                        THX LTD.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Court VACATES all deadlines previously set. The parties shall file joint status reports every 120 days until the stay is lifted.

DATED: October 24, 2013                 _____
                                        Honorable Jeffrey S. White
                                        United States District Judge

LEGAL28170784.1                         -2-                    STIPULATION TO STAY
                                                        CASE NO.: 3:13-CV-01161 JSW