UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THX, LTD.,

        Plaintiff,

   v.

APPLE, INC.,

        Defendant.

Case No. 13-cv-01161-HSG

**SCHEDULING ORDER**

A case management conference was held on July 7, 2015. The Court set the following deadlines:

| Event | Date |
|---|---|
| Deadline for Plaintiff to Complete Patent L.R. 3-1 Disclosures and Patent L.R. 3-2 Production | July 31, 2015 |
| Deadline for Defendant to Complete Patent L.R. 3-3 Disclosures and Patent L.R. 3-4 Production | September 24, 2015 |
| Deadline for Parties to Complete Patent L.R. 4-1 Exchange of Proposed Terms for Construction | October 16, 2015 |
| Deadline for Parties to Complete Patent L.R. 4-2 Exchange of Preliminary Constructions and Extrinsic Evidence | November 6, 2015 |
| Deadline for Parties to File Joint Claim Construction Statement | December 4, 2015 |
| Close of Claim Construction Discovery | January 15, 2016 |
| Deadline for Plaintiff to File Opening Claim Construction Brief | February 12, 2016 |
| Deadline for Defendant to File Responsive Claim Construction Brief | February 26, 2016 |
| Deadline for Plaintiff to File Reply Claim Construction Brief | March 4, 2016 |
| Claim Construction Tutorial | March 23, 2016 3:00 p.m. 90 minutes |
| Deadline for Parties to Exchange Claim Construction Hearing Exhibits | April 4, 2016 |
| Claim Construction Hearing | April 6, 2016 2:00 p.m. 3 hours |
| Further Case Management Conference | June 7, 2016 2:00 p.m. |

1 **IT IS SO ORDERED.**

2 Dated: July 8, 2015

3 _____
HAYWOOD S. GILLIAM, JR.
4 United States District Judge

2