Eric L. Wesenberg, Bar No. 139696
EWesenberg@perkinscoie.com
Christopher L Kelley, Bar No. 166608
CKelley@perkinscoie.com
Kenneth J. Halpern, Bar No. 187663
KHalpern@perkinscoie.com
Wing H. Liang, Bar No. 285521
WLiang@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.43501

*Attorneys for Plaintiff*
THX, LTD.

Mark D. Selwyn, Bar No. 244180
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Nina S. Tallon (*pro hac vice*)
Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THX, LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 3:13-CV-01161-HSG <br><br> **ORDER GRANTING JOINT STIPULATION REQUESTING MODIFICATION TO SCHEDULING ORDER** |

Before the Court is the parties' Stipulated Request for extending the Claim Construction Tutorial and the dates scheduled subsequent thereto. Having considered the matter and that it is jointly requested, the Court **GRANTS** the request and extends the date for the Claim Construction Tutorial and the dates scheduled subsequent thereto as follows:

| ITEM | CURRENT DATE | NEW DATE |
| --- | --- | --- |
| Claim Construction Tutorial | March 23, 2016 at 3:00 p.m. | May 4, 2016 at 3:00 p.m. |
| Deadline for Parties to Exchange Claim Construction Hearing Exhibits | April 4, 2016 | May 16, 2016 |
| Claim Construction Hearing | April 6, 2016 at 2:00 pm | May 18, 2016 at 2:00 p.m. |
| Further Case Management Conference | June 7, 2016 | |

DATED: 9/2/2015

The Honorable Haywood S. Gilliam, Jr.
United States District Judge