Eric L. Wesenberg, Bar No. 139696
EWesenberg@perkinscoie.com
Christopher L Kelley, Bar No. 166608
CKelley@perkinscoie.com
Kenneth J. Halpern, Bar No. 187663
KHalpern@perkinscoie.com
Wing H. Liang, Bar No. 285521
WLiang@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.43501

*Attorneys for Plaintiff*
THX, LTD.

Mark D. Selwyn, Bar No. 244180
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Nina S. Tallon (*pro hac vice*)
Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THX, LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 3:13-CV-01161-HSG <br><br> **JOINT STIPULATION REQUESTING MODIFICATION TO SCHEDULING ORDER** |

Pursuant to Civil Local Rule 6-2, the parties to this action respectfully submit the following Joint Stipulation Requesting Modification to the Court's Scheduling Order (D.E. #46), dated July 8, 2015.

1. The proposed change only affects the date for the Joint Claim Construction Statement.

2. The Joint Claim Construction Statement, which is currently December 4, 2015, shall be extended until December 9, 2015.

3. From November 6, 2015, when the parties exchanged Patent L.R. 4-2 preliminary claim constructions, through today, the parties have met and conferred regarding claim construction issues in an effort to narrow and crystallize the disputes to be presented to the Court. The parties request this brief extension to facilitate the preparation of a joint statement reflecting the current state of the parties' agreements and disputes.

DATED: December 4, 2015

By:   */s/ Christopher Kelley*
Christopher Kelley

Attorneys for Plaintiff
THX LTD.

DATED: December 4, 2015

By:   */s/ Nina S. Tallon*
Nina S. Tallon

Attorneys for Defendant
APPLE INC.

Pursuant to Civil Local Rule 5-1(i)(3), counsel for Apple has obtained the concurrence of THX's counsel in the filing of this Stipulated Request.

Dated:

*/s/ Mark D. Selwyn*
Mark D. Selwyn

87728-0002/LEGAL127494538.1    -2-    JOINT STIPULATION REQUESTING MODIFICATION TO SCHEDULING ORDER, CASE NO. 3:13-cv-01161-HSG

ActiveUS 146397498v.1
ActiveUS 149844913v.1

1
2     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
3
4 DATED:   December 7, 2015
5                                       The Honorable Haywood S. Gilliam, Jr.
                                      United States District Judge

-3-   JOINT STIPULATION REQUESTING MODIFICATION TO SCHEDULING ORDER, CASE NO. 3:13-cv-01161-HSG

ActiveUS 149844913v.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 4, 2015, a true and correct copy of the foregoing was served on all interested parties via electronic mail pursuant to Civil Local Rule 5-1(h).

*/s/ Mark D. Selwyn*

87728-0002/LEGAL127494538.1  -4-  JOINT STIPULATION REQUESTING MODIFICATION TO SCHEDULING ORDER, CASE NO. 3:13-cv-01161-HSG

ActiveUS 146397498v.1
ActiveUS 149844913v.1