UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THX, LTD., <br><br>              Plaintiff, <br><br>    v. <br><br>APPLE, INC., <br><br>              Defendant. | Case No. 13-cv-01161-HSG (DMR) <br><br>**ORDER RE SUPPLEMENTAL INFORMATION** <br><br>Re: Dkt. No. 59 |

On December 17, 2015, the parties filed a joint letter [Docket No. 59] regarding disputes related to the terms of a protective order governing the production of documents and information in this case. The court set this matter for hearing on February 4, 2016.

The parties dispute whether THX's attorneys, Mr. Erik Reigler and Ms. Eunice Lee, are involved in "competitive decision-making" in behalf of a Party or a competitor of a Party under *U.S. Steel v. United States*, 730 F.2d 1465, 1468 n.3 (Fed. Cir. 1984), such that they should be restricted from accessing "Confidential- Attorneys' Eyes Only" designated material.

The question of whether an individual is involved in competitive decision-making must be determined on a case-by-case basis. *U.S. Steel Corp. v. United States*, 730 F.2d 1465, 1468 (Fed. Cir. 1984). As described by *U.S. Steel*, "[t]he phrase [competitive decision-making] would appear serviceable as shorthand for a counsel's activities, association, and relationship with a client that are such as to involve counsel's advice and participation in any or all of the client's decisions (pricing, product design, etc.) made in light of similar or corresponding information about a competitor." *U.S. Steel Corp.,* 730 F.2d at 1468 n.3.

By 9:00 A.M. on **January 29, 2016,** Plaintiff THX Ltd. shall file detailed, substantial, factual and non-conclusory declarations by both Mr. Reigler and Ms. Lee. The declarations shall set forth counsel's background, as well as his/her duties, activities, associations and relationships

1 as they relate to the definition of competitive decision-making set forth above.  Counsel shall also
2 indicate any reasonably foreseeable future job duties and responsibilities regarding competitive
3 decision-making.  Mr. Riegler's declaration shall also address these topics for his relationships and
4 responsibilities for the other companies he works for in addition to THX.

**IT IS SO ORDERED.**

Dated: January 26, 2016

                                              Donna M. Ryu
                                     United States Magistrate Judge