1  Eric L. Wesenberg, Bar No. 139696
   EWesenberg@perkinscoie.com
2  Christopher L Kelley, Bar No. 166608
   CKelley@perkinscoie.com
3  Kenneth J. Halpern, Bar No. 187663
   KHalpern@perkinscoie.com
4  Wing H. Liang, Bar No. 285521
   WLiang@perkinscoie.com
5  Victoria Q. Smith, Bar No. 236045
   VSmith@perkinscoie.com
6  Andrew N. Klein, Bar No. 300221
   AKlein@perkinscoie.com
7  PERKINS COIE LLP
   3150 Porter Drive
8  Palo Alto, CA 94304-1212
   Telephone:  650.838.4300
9  Facsimile:  650.838.43501

10  Attorneys for Plaintiff
    THX Ltd.
11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO DIVISION

15

16  THX LTD.,                         Case No. 3:13-CV-01161-HSG (DMR)

17              Plaintiff,            **THX LTD.'S RESPONSE TO ORDER RE**
                                      **SUPPLEMENTAL INFORMATION**
18       v.

19  APPLE INC.,

20              Defendant.

21

22       Pursuant to the Court's Order Re Supplemental Information (Dkt. No. 65), plaintiff THX

23  Ltd. ("THX") hereby submits declarations by THX attorneys Erik F. Riegler and Eunice J. Lee as

24  Exhibits A and B, respectively.

25

26

27

28

1

2

DATED:  January 28, 2016

3

By:   */s/ Eric L. Wesenberg*
Eric L. Wesenberg, Bar No. 139696
EWesenberg@perkinscoie.com
Christopher L Kelley, Bar No. 166608
CKelley@perkinscoie.com
Kenneth J. Halpern, Bar No. 187663
KHalpern@perkinscoie.com
Wing H. Liang, Bar No. 285521
WLiang@perkinscoie.com
Victoria Q. Smith, Bar No. 236045
VSmith@perkinscoie.com
Andrew N. Klein, Bar No. 300221
AKlein@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.43501

*Attorney for Plaintiff*
THX LTD.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THX LTD.'S RESPONSE TO ORDER
RE SUPPLEMENTAL INFORMATION
3:13-CV-01161-HSG (DMR)