| | |
|---|---|
| Eric L. Wesenberg, Bar No. 139696<br>EWesenberg@perkinscoie.com<br>Christopher L Kelley, Bar No. 166608<br>CKelley@perkinscoie.com<br>Kenneth J. Halpern, Bar No. 187663<br>KHalpern@perkinscoie.com<br>Victoria Q. Smith, Bar No. 236045<br>VSmith @perkinscoie.com<br>Andrew N. Klein, Bar No. 300221<br>AKlein@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA  94304-1212<br>Telephone:  650-838-4300<br>Facsimile:  650-838-4301<br><br>*Attorneys for Plaintiff THX Ltd.* | Mark D. Selwyn  (SBN 244180)<br>  Mark.Selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100<br><br>Nina S. Tallon  (*pro hac vice*)<br>  Nina.Tallon@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>Telephone:  (202) 663-6000<br>Facsimile:  (202) 663-6363<br><br>Bryan S. Conley  (*pro hac vice*)<br>  Bryan.Conley@wilmerhale.com<br>Jason H. Liss  (*pro hac vice*)<br>  Jason.Liss@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000<br><br>*Attorneys for Defendant Apple Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THX LTD.,<br><br>          Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>          Defendant. | **Civil Action No. 3:13-cv-01161-HSG (DMR)**<br><br>**JOINT STIPULATION REQUESTING PERMISSION TO CONNECT LAPTOPS FOR VISUAL PRESENTATIONS AT  MAY 4, 2016 TUTORIAL** |

Pursuant to Civil Local Rule 7-12, counsel for Plaintiff THX Ltd. ("THX") and Defendant Apple Inc. ("Apple") stipulate and respectfully request an order permitting counsel and their staff and/or consultants to (a) bring laptop computers into the courthouse and (b) connect this equipment to Courtroom 10's visual presentation system on Wednesday, May 4, 2016, for the *Markman* Tutorial taking place at 3:00 p.m. that day.[1]

Counsel also respectfully request that they and their staff and/or consultants be permitted to enter Courtroom 10 at 2:00 p.m. on May 4, 2016 (or at another time convenient to the Court, and in advance of the 3:00 p.m. hearing) to connect their equipment and confirm operability with the Court's presentation system.

Dated: April 28, 2016                    By: /s/ *Victoria Q. Smith*
                                              Victoria Q. Smith
                                              *Attorney for Plaintiff THX Ltd.*

Dated: April 28, 2016                    By: /s/ *Nina S. Tallon*
                                              Nina S. Tallon (*pro hac vice*)
                                              *Attorney for Defendant Apple Inc.*

---

[1] Both parties would like to bring laptop computers. THX would also like to bring a projector and screen. Apple understands that the courtroom is already equipped with a projector and screen, and therefore believes it is unnecessary to bring such equipment.

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED. Counsel for the parties and their staff and/or consultants may enter Courtroom 10 at 2:30 p.m. on May 4, 2016, to connect their respective laptops and test/confirm operability with the Court's visual presentation system and (b) shortly before 3:00 p.m. on May 4, 2016, to connect this equipment to the Court's visual presentation system for the *Markman* Tutorial taking place that day.

Dated:  April 29, 2016

                                                                            *Haywood S. Gilliam Jr.*
                                                                            Hon. Haywood S. Gilliam, Jr.
                                                                            United States District Judge

**ATTESTATION OF E-FILED SIGNATURES**

I, Christine C. Capuyan, am the ECF user whose ID and password are being used to file this Joint Stipulation Requesting Permission to Connect Laptops for Visual Presentations at May 4, 2016 Hearing.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in this filing had been obtained from Nina S. Tallon and Victoria Smith.

Dated:  April 28, 2016

*/s/ Christine C. Capuyan*
Christine C. Capuyan

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the United States that a true and correct copy of the above and foregoing document has been served on April 28, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

Dated:  April 28, 2016

*/s/ Christine C. Capuyan*
Christine C. Capuyan