UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THX LTD.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No. 3:13-CV-01161-HSG<br><br>**ORDER RESETTING DATE FOR EXCHANGE OF CLAIM CONSTRUCTION EXHIBITS** |

　　　　The parties shall exchange exhibits for the claim construction hearing no later than May 23, 2016.

　　　　SO ORDERED.

Dated:  May 2, 2016

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge