| | |
|---|---|
| Eric L. Wesenberg, Bar No. 139696<br>EWesenberg@perkinscoie.com<br>Christopher L Kelley, Bar No. 166608<br>CKelley@perkinscoie.com<br>Kenneth J. Halpern, Bar No. 187663<br>KHalpern@perkinscoie.com<br>Victoria Q. Smith, Bar No. 236045<br>VSmith @perkinscoie.com<br>Andrew N. Klein, Bar No. 300221<br>AKlein@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA  94304-1212<br>Telephone:  650-838-4300<br>Facsimile:  650-838-4301<br><br>*Attorneys for Plaintiff THX Ltd.* | Mark D. Selwyn  (SBN 244180)<br>Mark.Selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100<br><br>Nina S. Tallon  (*pro hac vice*)<br>Nina.Tallon@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>Telephone:  (202) 663-6000<br>Facsimile:  (202) 663-6363<br><br>Bryan S. Conley  (*pro hac vice*)<br>Bryan.Conley@wilmerhale.com<br>Jason H. Liss  (*pro hac vice*)<br>Jason.Liss@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000<br><br>*Attorneys for Defendant Apple Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THX LTD.,<br><br>          Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>          Defendant. | **Civil Action No. 3:13-cv-01161-HSG (DMR)**<br><br>**JOINT STIPULATION REQUESTING PERMISSION TO CONNECT LAPTOPS FOR VISUAL PRESENTATIONS AT  MAY 25, 2016 HEARING** |

Pursuant to Civil Local Rule 7-12, counsel for Plaintiff THX Ltd. ("THX") and Defendant Apple Inc. ("Apple") stipulate and respectfully request an order permitting counsel and their staff and/or consultants to (a) bring laptop computers, a projector, screen, speakers, VGA switching, and an extra table into the courthouse and (b) connect their equipment to Courtroom 10's visual presentation system on Wednesday, May 25, 2016, for the *Markman* hearing taking place at 2:00 p.m. that day.

Counsel also respectfully request that they and their staff and/or consultants be permitted to enter Courtroom 10 at 12:00 p.m. on May 25, 2016 (or at another time convenient to the Court, and in advance of the 2:00 p.m. hearing) to connect their equipment and confirm operability with the Court's presentation system.

Dated: May 23, 2016					By: /s/ *Victoria Q. Smith*
							Victoria Q. Smith
							*Attorney for Plaintiff THX Ltd.*

Dated: May 23, 2016					By: /s/ *Nina S. Tallon*
							Nina S. Tallon (*pro hac vice*)
							*Attorney for Defendant Apple Inc.*

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED. Counsel for the parties and their staff and/or consultants may enter Courtroom 10 at 1 p.m. on May 25, 2016, to connect their respective laptops and test/confirm operability with the Court's visual presentation system for the *Markman* hearing taking place that day.

Dated: May 23, 2016

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

## ATTESTATION OF E-FILED SIGNATURES

I, Christine C. Capuyan, am the ECF user whose ID and password are being used to file this Joint Stipulation Requesting Permission to Connect Laptops for Visual Presentations at May 25, 2016 Hearing.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in this filing had been obtained from Nina S. Tallon and Victoria Q. Smith.

Dated:  May 23, 2016

*/s/ Christine C. Capuyan*
Christine C. Capuyan

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States that a true and correct copy of the above and foregoing document has been served on May 23, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

Dated:  May 23, 2016

*/s/ Christine C. Capuyan*
Christine C. Capuyan

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304