1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                          NORTHERN DISTRICT OF CALIFORNIA

9

10   THX, LTD.,                                Case No.  13-cv-01161-HSG   (DMR)

                    Plaintiff,
11

12           v.                                **ORDER RE: DISCOVERY LETTERS**

                                               Re: Dkt. Nos. 125, 136, 137, 138
13   APPLE, INC.,

14                  Defendant.

15          On June 17, 2016, the THX, Ltd. and Apple, Inc. filed a joint discovery letter regarding

16   THX's damages disclosures.  June 17, 2016 Joint Discovery Letter [Docket No. 125].  A hearing

17   on the Joint Discovery Letter is set for August 11, 2016.  [Docket No. 130.]

18          On July 20, 2016, THX filed a unilateral discovery letter that set forth new factual

19   information about its disclosures and also raised an issue regarding Apple's response to THX's

20   Interrogatory No. 13.  July 20, 2016 THX Unilateral Discovery Letter [Docket No. 137].

21          On July 25, 2016, Apple filed a unilateral discovery letter moving to strike THX's

22   Unilateral Discovery Letter and contending that the issue of Apple's response to Interrogatory No.

23   13 is not ripe for court intervention.  July 25, 2016 Apple Unilateral Discovery Letter [Docket No.

24   138].

25          The parties' June 17, 2016 Joint Discovery Letter [Docket No. 125] is denied without

26   prejudice because of new factual developments.  Specifically, THX has further supplemented its

27   damages disclosures.  The parties are instructed to meet and confer on this issue.  If a dispute still

28   remains that requires judicial intervention, the parties shall file a new joint discovery letter by 9:00

United States District Court
Northern District of California

1    a.m. on August 4, 2016, which will be heard on the previously noticed hearing date of August 11,

2    2016 at 11:00 a.m.  This letter shall be limited to the issues originally raised in the parties' June

3    17, 2016 Joint Discovery Letter.

4         To the extent that the parties wish to raise new issues, such as Apple's response to THX's

5    Interrogatory No. 13, the parties must meet and confer and follow the joint letter process set forth

6    in the court's Notice of Amended Discovery Procedures.  [Docket No. 66.]

7         Finally, THX filed an administrative motion to file information under seal that Apple

8    designated as confidential pursuant to the Protective Order.  [Docket No. 136.]  Apple does not

9    seek to file the information under seal. THX's motion therefore is denied.  [Docket No. 138-1.]

10

11        **IT IS SO ORDERED.**

12   Dated: July 26, 2016

13                                                        Donna M. Ryu
14                                                        United States Magistrate Judge

_United States District Court
Northern District of California_