Mark D. Selwyn  (SBN 244180)
  Mark.Selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Nina S. Tallon (*pro hac vice*)
  Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

Bryan S. Conley (*pro hac vice*)
  Bryan.Conley@wilmerhale.com
Jason H. Liss (*pro hac vice*)
  Jason.Liss@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

*Attorneys for Defendant and*
*Counterclaim-Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THX LTD.,<br><br>                Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>                Defendant. | **Case No. 3:13-cv-01161-HSG (DMR)**<br><br>**APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5** |

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

In accordance with Civ. L.R. 7-11 and 79-5, Apple Inc. ("Apple") hereby moves to file under seal the following documents:

1.     Portions of the confidential, unredacted version of Apple's Motion for Sanctions ("Motion for Sanctions"), the Declaration of Nina S. Tallon in Support of Apple's Motion for Sanctions ("Tallon Declaration"), and Exhibits 9-13 to the Tallon Declaration; and

2.     Exhibits 5 and 8 to the Tallon Declaration.

Item numbers 1-2 above contain or discuss information that has been designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the operative protective order by plaintiff THX Ltd. ("THX") or to which the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") or its individual attorneys maintain a claim of confidentiality. This information has been highlighted in yellow in the version of these documents filed under seal.  The complete, unredacted versions of these documents will be lodged with the Court for in camera review and served upon THX.

WilmerHale and its attorneys maintain a claim of confidentiality over information contained in the Tallon Declaration and Exhibits 9-13, as discussed in more detail in the Declaration of Christine Capuyan ("Capuyan Declaration") filed in support of this motion.

Apple understands that THX may maintain a claim of confidentiality over information contained in Apple's Motion for Sanctions and Exhibits 5 and 8.  Apple expects that THX will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary in order to confirm whether this information should be sealed.

Pursuant to Civ. L.R. 7-11, Apple's and THX's counsel met and conferred regarding this motion.  THX does not oppose this motion as a procedural mechanism for filing the above referenced documents under seal.

For the foregoing reasons, Apple respectfully requests the sealing of the information contained in:

1.     Portions of the confidential, unredacted version of Apple's Motion for Sanctions, the Tallon Declaration, and Exhibits 9-13 thereto; and

2.      Exhibits 5 and 8 to the Tallon Declaration.


Dated:  July 29, 2016                          Respectfully submitted,

                                                 */s/ Nina S. Tallon*

                                               Mark D. Selwyn  (SBN 244180)
                                                 Mark.Selwyn@wilmerhale.com
                                               WILMER CUTLER PICKERING
                                                 HALE AND DORR LLP
                                               950 Page Mill Road
                                               Palo Alto, CA  94304
                                               Telephone:  (650) 858-6000
                                               Facsimile:  (650) 858-6100

                                               Nina S. Tallon (*pro hac vice*)
                                                 Nina.Tallon@wilmerhale.com
                                               WILMER CUTLER PICKERING
                                                 HALE AND DORR LLP
                                               1875 Pennsylvania Avenue, NW
                                               Washington, DC  20006
                                               Telephone:  (202) 663-6000
                                               Facsimile:  (202) 663-6363

                                               Bryan S. Conley (*pro hac vice*)
                                                 Bryan.Conley@wilmerhale.com
                                               Jason H. Liss (*pro hac vice*)
                                                 Jason.Liss@wilmerhale.com
                                               WILMER CUTLER PICKERING
                                                 HALE AND DORR LLP
                                               60 State Street
                                               Boston, MA  02109
                                               Telephone:  (617) 526-6000
                                               Facsimile:  (617) 526-5000


                                               *Attorneys for Defendant and
                                               Counterclaim-Plaintiff Apple Inc.*

## CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I hereby attest that concurrence in this filing had been obtained from Nina S. Tallon and that records to support this concurrence are on file.


Dated:  July 29, 2016                          _/s/ Christine Capuyan_

                                                         Christine Capuyan


## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States that a true and correct copy of the above and foregoing document has been served on July 29, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.


Dated:  July 29, 2016                          _/s/ Christine Capuyan_

                                                         Christine Capuyan

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304