Mark D. Selwyn  (SBN 244180)
  Mark.Selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Nina S. Tallon  (*pro hac vice*)
  Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

Bryan S. Conley  (*pro hac vice*)
  Bryan.Conley@wilmerhale.com
Jason H. Liss  (*pro hac vice*)
  Jason.Liss@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

*Attorneys for Defendant and*
*Counterclaim-Plaintiff Apple Inc.*

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THX LTD.,<br><br>                    Plaintiff,<br><br>        v.<br><br>APPLE INC.,<br><br>                    Defendant. | **Case No. 3:13-cv-01161-HSG (DMR)**<br><br>**DECLARATION OF CHRISTINE CAPUYAN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5** |

I, Christine Capuyan, declare as follows:

1.      I am over the age of 18 and have personal knowledge of the matters discussed in this declaration.  I could and would testify competently regarding the matters discussed in this declaration if called to do so.

2.      I am a member in good standing of the State Bar of California and a member of the Bar of this Court.  I am a senior associate at Wilmer Cutler Pickering Hale and Dorr LLP, counsel for defendant Apple Inc. ("Apple") in this action.

3.      Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in support of Apple's Administrative Motion to File Documents Under Seal with respect to the following documents:

- Portions of the confidential, unredacted version of Apple's Motion for Sanctions ("Motion for Sanctions"), the Declaration of Nina S. Tallon in Support of Apple's Motion for Sanctions ("Tallon Declaration"), and Exhibits 9-13 to the Tallon Declaration; and

- Exhibits 5 and 8 to the Tallon Declaration.

4.      These documents contain or discuss information that has been designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the operative protective order by plaintiff THX Ltd. ("THX") or to which the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") or its individual attorneys maintain a claim of confidentiality. This information has been highlighted in yellow in the version of these documents filed under seal.  The complete, unredacted versions of these documents will be lodged with the Court for in camera review and served upon THX.

5.      WilmerHale maintains a claim of confidentiality over certain fee information contained in the Tallon Declaration.  This information reflects confidential rates that WilmerHale has negotiated with Apple.

6.      WilmerHale also maintains a claim of confidentiality over the fee information contained in Exhibits 9-13.  This information reflects confidential rates that WilmerHale has

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

negotiated with its vendors for litigation-related services.  Additionally, Exhibits 9-10 contain personal information of individual WilmerHale attorneys (specifically, personal e-mail and mailing addresses).

7.      I understand that THX may maintain a claim of confidentiality over information contained in Apple's Motion for Sanctions and Exhibits 5 and 8.  Apple expects that THX will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary in order to confirm whether this information should be sealed.

8.      Pursuant to Civ. L.R. 7-11, Apple's and THX's counsel met and conferred regarding this motion.  THX does not oppose this motion as a procedural mechanism for filing the above referenced documents under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of July, 2016.

_____
Christine Capuyan

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury under the laws of the United States that a true and correct copy of the above and foregoing document has been served on July 29, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.


Dated:  July 29, 2016                                  */s/ Christine Capuyan*
                                                        Christine Capuyan

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304