Eric L. Wesenberg, Bar No. 139696
EWesenberg@perkinscoie.com
Christopher L. Kelley, Bar No. 166608
CKelley@perkinscoie.com
Kenneth J. Halpern, Bar No. 187663
KHalpern@perkinscoie.com
Victoria Q. Smith, Bar No. 236045
VSmith@perkinscoie.com
Andrew N. Klein, Bar No. 300221
AKlein@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Plaintiff
THX Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THX, LTD.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE, INC.,<br><br>　　　　　Defendant. | Case No. 3:13-CV-01161-HSG (DMR)<br><br>**DECLARATION OF KENNETH J. HALPERN IN SUPPORT OF THX LTD.'S MOTION TO STRIKE PORTIONS OF APPLE INC.'S RULE 3-3 INVALIDITY DISCLOSURES**<br><br>Date:　　　September 29, 2016<br>Time:　　　2:00 P.M.<br>Courtroom: 10, 19th Floor<br>Judge:　　　Hon. Haywood S. Gilliam, Jr. |

I, Kenneth J. Halpern, declare as follows:

1. I am an active member of the State Bar of California. I am an attorney at Perkins Coie LLP, counsel to THX Ltd. ("THX") in the above-captioned action. I make this declaration based upon my own personal knowledge unless otherwise indicated herein, and if called as a witness, I could and would competently testify thereto. I submit this Declaration in Support of THX Ltd.'s Second Motion for Leave to Amend Rule 3-1 and 3-2 Disclosure of Asserted Claims and Infringement Contentions ("THX's Motion").

1. Attached hereto as Exhibit 1 is a true and correct copy of a letter from W. Liang to B. Conley dated October 21, 2015.

2. Attached hereto as Exhibit 2 is a true and correct copy of a letter from V. Smith to B. Conley dated December 23, 2015.

3. Attached hereto as Exhibit 3 is a true and correct copy of Apple's Invalidity Chart, Exhibit I-C, U.S. Patent No. 7,433,483 Invalidity Claim Chart Based on Anderson.

4. Attached hereto as Exhibit 4 is a true and correct copy of Apple's Amended Invalidity Chart, Exhibit I-G, U.S. Patent No. 7,433,483 Invalidity Claim Chart Based on JBL Aquarius 4.

5. Attached hereto as Exhibit 5 is a true and correct copy of Apple's Amended Invalidity Chart, Exhibit I-J, U.S. Patent No. 7,433,483 Invalidity Claim Chart Based on the Nokia 3361, 2295 and 3315 Mobile phones.

6. Attached hereto as Exhibit 6 is a true and correct copy of a letter from B. Conley to W. Liang dated August 12, 2015.

7. Attached hereto as Exhibit 7 is a true and correct copy of U.S. Patent No. 7,433,483 Claims As Applied to Apple iPhone 6.

8. Attached hereto as Exhibit 8 is a true and correct copy of a March 30, 2016 email from B. Conley to C. Kelley.

9. Attached hereto as Exhibit 9 is a true and correct copy of a July 5, 2016 email from C. Capuyan to A. Klein.

1    10.     Attached hereto as Exhibit 10 is a true and correct copy Apple's Amended
2  Invalidity Chart, Exhibit I-Q, U.S. Patent No. 7,433,483 Invalidity Claim Chart Based on
3  Technics SB-530/Panasonic SB-636.
4    11.     Attached hereto as Exhibit 11 is a true and correct copy of Apple's Amended
5  Invalidity Contentions Cover Pleading dated February 5, 2016.
6    12.     Attached hereto as Exhibit 12 is a true and correct copy of Apple's Amended
7  Invalidity Chart, Exhibit I-I, U.S. Patent No. 7,433,483 Invalidity Claim Chart Based on the
8  Nokia 3310, 3330, and 3410 Mobile Phones.
9    13.     Attached hereto as Exhibit 13 is a true and correct copy of Apple's Amended
10 Invalidity Chart, Exhibit II-J, U.S. Patent No. 8,457,340 Invalidity Claim Chart Based on the
11 Nokia 3362, 3395 and 3315 Mobile Phones.
12   14.     Attached hereto as Exhibit 14 is a true and correct copy of Apple's Amended
13 Invalidity Chart, Exhibit II-K, U.S. Parent No. 8,457,340 Invalidity Claim Based on Nokia 3510.
14   15.     Attached hereto as Exhibit 15 is a true and correct copy of Apple's Amended
15 Invalidity Chart, Exhibit II-L, U.S. Patent No. 8,457,340 Invalidity Claim Chart Based on Nokia
16 6100.
17   16.     Attached hereto as Exhibit 16 is a true and correct copy of Apple's Amended
18 Invalidity Chart, Exhibit II-M, U.S. Patent No. 8,457,340 Invalidity Claim Chart Based on Nokia
19 6360.
20   17.     Attached hereto as Exhibit 17 is a true and correct copy of Apple's Amended
21 Invalidity Chart, Exhibit II-I, U.S. Patent No. 8,457,340 Invalidity Claim Chart Based on the
22 Nokia 3310. 3330, and 3410 Mobile Phones.
23   18.     Attached hereto as Exhibit 18 is a true and correct copy of Apple's Invalidity
24 Chart, Exhibit I-A, U.S. Patent No. 7,433,483 Invalidity Claim Chart Based on Advent AW810.
25   19.     Attached hereto as Exhibit 19 is a true and correct copy of Apple's Invalidity
26 Chart, Exhibit II-A, U.S. Patent No. 8,457,340 Invalidity Claim Chart Based on Advent AW810.
27
28

1    20.    Attached hereto as Exhibit 20 is a true and correct copy of Apple's Invalidity Chart, Exhibit I-R, U.S. Patent No. 7,433,483 Invalidity Claim Chart Based on TIC Outdoor Omni.

21.    Attached hereto as Exhibit 21 is a true and correct copy of Apple's Invalidity Chart, Exhibit II-R, U.S. Patent No. 8,457,340 Invalidity Claim Chart Based on TIC Outdoor Omni.

22.    Attached hereto as Exhibit 22 is a screenshot of the Nokia 3315 offered for sale on eBay on approximately August 5, 2016.

23.    Attached hereto as Exhibit 23 is a true and correct copy of Apple's Invalidity Chart, Exhibit I-K, U.S. Patent No. 7,433,483 Invalidity Claim Chart Based on Nokia 3510.

24.    Attached hereto as Exhibit 24 24 is a true and correct copy of Apple's Invalidity Chart, Exhibit I-L, U.S. Patent No. 7,433,483 Invalidity Claim Chart Based on Nokia 6100.

25.    Attached hereto as Exhibit 25 is a true and correct copy of Apple's Invalidity Chart, Exhibit I-M, U.S. Patent No. 7,433,483 Invalidity Claim Chart Based on Nokia 6360.

26.    Attached hereto as Exhibit 26 is a true and correct copy of a September 15, 2015 Letter from B. Conley to K. Halpern.

27.    Attached hereto as Exhibit 27 is a true and correct copy of Apple's Invalidity Chart, Exhibit I-B, U.S. Patent No. 7,433,483 Invalidity Claim Chart Based on Altec Lansing LF1 / LF2.

28.    Attached hereto as Exhibit 28 is a true and correct copy of Apple's Invalidity Chart, Exhibit II-B, U.S. Patent No. 8,457,340 Invalidity Claim Chart Based on Altec Lansing LF1 / LF2.

29.    Attached hereto as Exhibit 29 is a true and correct copy of Apple's Invalidity Chart, Exhibit II-C, U.S. Patent No. 8,457,340 Invalidity Claim Chart Based on Anderson.

30.    Attached hereto as Exhibit 30 is a true and correct copy Apple's Invalidity Chart, Exhibit II-D, U.S. Patent No. 8,457,340 Invalidity Claim Chart Based on Fujihara.

31.    Attached hereto as Exhibit 31 is a true and correct copy Apple's Invalidity Chart, Exhibit I-D, U.S. Patent No. 7,433,483 Invalidity Claim Chart Based on Fujihara.

1  32. Attached hereto as Exhibit 32 is a true and correct copy of Apple's Invalidity Chart, Exhibit II-F, U.S. Patent No. 8,457,340 Invalidity Claim Chart Based on Jackson.

  33. Attached hereto as Exhibit 33 is a true and correct copy of Apple's Invalidity Chart, Exhibit I-F, U.S. Patent No. 7,433,483 Invalidity Claim Chart Based on Jackson.

  34. Attached hereto as Exhibit 34 is a true and correct copy of Apple's Amended Invalidity Chart, Amended Exhibit II-G, U.S. Patent No. 8,457,340 Invalidity Claim Chart Based on JBL Aquarius 4.

  35. Attached hereto as Exhibit 35 is a true and correct copy of Apple's Invalidity Chart, Exhibit I-N, U.S. Patent No. 7,433,483 Invalidity Claim Chart Based on Robbins.

  36. Attached hereto as Exhibit 36 is a true and correct copy of Apple's Invalidity Chart, Exhibit II-N, U.S. Patent No. 8,457,340 Invalidity Claim Chart Based on Robbins.

  37. Attached hereto as Exhibit 37 is a true and correct copy of Apple's Invalidity Chart, Exhibit I-P, U.S. Patent No. 7,433,483 Invalidity Claim Chart Based on Sango.

  38. Attached hereto as Exhibit 38 is a true and correct copy of Apple's Invalidity Chart, Exhibit II-P, U.S. Patent No. 8,457,340 Invalidity Claim Chart Based on Sango.

  39. Attached hereto as Exhibit 39 is a true and correct copy of Apple's Amended Invalidity Chart, Exhibit II-Q, U.S. Patent No. 8,457,340 Invalidity Claim Chart Based on Technics SB-530/Panasonic SB-636.

  40. Attached hereto as Exhibit 40 is a true and correct copy of Apple's Invalidity Chart, Exhibit I-S, U.S. Patent No. 7,433,483 Invalidity Claim Chart Based on Tichy.

  41. Attached hereto as Exhibit 41 is a true and correct copy of Apple's Invalidity Chart, Exhibit I-U, U.S. Patent No. 7,433,483 Invalidity Claim Chart Based on Villa.

  42. Attached hereto as Exhibit 42 is a true and correct copy of Apple's Invalidity Chart, Exhibit I-V, U.S. Patent No. 7,433,483 Invalidity Claim Chart Based on Atochi.

  43. Attached hereto as Exhibit 43 is a true and correct copy of Apple's Invalidity Chart, Exhibit I-W, U.S. Patent No. 7,433,483 Invalidity Claim Chart Based on Yoshida.

  44. Attached hereto as Exhibit 44 is a true and correct copy of Apple's Invalidity Chart, Exhibit I-X, U.S. Patent No. 7,433,483 Invalidity Claim Chart Based on Hikida.

1        45.     Attached hereto as Exhibit 45 is a true and correct copy of Apple's Invalidity Chart, Exhibit II-S, U.S. Patent No. 8,457,340 Invalidity Claim Chart Based on Tichy.

46.     Attached hereto as Exhibit 46 is a true and correct copy of Apple's Invalidity Chart, Exhibit II-U, U.S. Patent No. 8,457,340 Invalidity Claim Chart Based on Villa.

47.     Attached hereto as Exhibit 47 is a true and correct copy of Apple's Invalidity Chart, Exhibit II-V, U.S. Patent No. 8,457,340 Invalidity Claim Chart Based on Atochi.

48.     Attached hereto as Exhibit 48 is a true and correct copy of Apple's Invalidity Chart, Exhibit II-W, U.S. Patent No. 8,457,340 Invalidity Claim Chart Based on Yoshida.

49.     Attached hereto as Exhibit 49 is a true and correct copy of Apple's Invalidity Chart, Exhibit II-X, U.S. Patent No. 8,457,340 Invalidity Claim Chart Based on Hikida.

50.     Attached hereto as Exhibit 50 is a true and correct copy of Patent Local Rules Advisory Subcommittee Report, United States District Court Northern District Of California dated January 2008.

51.     Attached hereto as Exhibit 51 is a true and correct copy of Apple's Invalidity Chart, Exhibit I-E, U.S. Patent No. 7,433,483 Invalidity Claim Chart Based on Harris.

52.     Attached hereto as Exhibit 52 is a true and correct copy of Apple's Invalidity Chart, Exhibit I-H, U.S. Patent No. 7,433,483 Invalidity Claim Chart Based on Kobayashi.

53.     Attached hereto as Exhibit 53 is a true and correct copy of Apple's Invalidity Chart, Exhibit II-E, U.S. Patent No. 8,457,340 Invalidity Claim Chart Based on Harris.

54.     Attached hereto as Exhibit 54 is a true and correct copy of Apple's Invalidity Chart, Exhibit II-H, U.S. Patent No. 8,457,340 Invalidity Claim Chart Based on Kobayashi.

55.     Attached hereto as Exhibit 55 is a true and correct copy of THX's infringement chart (Exhibit 10 to its Infringement Contentions) of the '483 patent claims against the Apple iMac.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Palo Alto, California this 8th day of August, 2016.

                                                               */s/ Kenneth J. Halpern*
                                                                 Kenneth J. Halpern

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 8, 2016, a true and correct copy of the foregoing was served on all interested parties via electronic mail pursuant to Civil Local Rule 5-1(h).

*/s/ Eric L. Wesenberg*
Eric L. Wesenberg