UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THX LTD.,<br><br>   Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>   Defendant. | Case No. 3:13-cv-01161-HSG<br><br>**ORDER GRANTING APPLE INC.'S MOTION TO APPEAR BY TELEPHONE AT THE SEPTEMBER 29, 2016, HEARING** |

Before this Court is Apple's Motion to Appear by Telephone at the September 29, 2016, Hearing. The Court having considered the Motion,

IT IS THEREFORE ORDERED that the Motion is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: September 28, 2016

*Haywood S. Gilliam, Jr.* (signature)
Haywood S. Gilliam, Jr.
United States District Judge