133606993.1

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SLOT SPEAKER TECHNOLOGIES, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> APPLE INC., <br><br>    Defendant. | Case No. 3:13-CV-01161-HSG (DMR) <br><br> **ORDER GRANTING SLOT SPEAKER TECHNOLOGIES, INC.'S REQUEST TO UPDATE THE DOCKET AND CAPTION** |

[PROPOSED] ORDER GRANTING SST REQUEST TO UPDATE THE DOCKET AND CAPTION
CASE NO. 3:13-CV-01161-HSG (DMR)

Having considered Plaintiff's Notice Of Change of Name of THX Ltd. to Slot Speaker Technologies, Inc. and Request to Update the Docket and Caption (Dkt. No. 212), the Court hereby **GRANTS** Plaintiff's Request.  The Court will update its docket to reflect Plaintiff name change from "THX Ltd." to "Slot Speaker Technologies, Inc."  The Court hereby further **ORDERS** that the case caption be updated to reflect Plaintiff's new name as follows:

| | |
|---|---|
| SLOT SPEAKER TECHNOLOGIES, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 3:13-CV-01161-HSG (DMR) |

Dated:  November 17, 2016

_____
Judge Haywood S. Gilliam, Jr.