UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SLOT SPEAKER TECHNOLOGIES, INC.,

                Plaintiff,

      v.

APPLE, INC.,

              Defendant.

Case No.  13-cv-01161-HSG

**SCHEDULING ORDER AND ORDER OF REFERRAL**

The Court held a case management conference on November 29, 2016.  The Court hereby SETS the following case schedule:

| Event | Deadline |
| --- | --- |
| ADR Deadline | January 20, 2017 |
| Fact Discovery Deadline | May 1, 2017 |
| Expert Designation Deadline | June 1, 2017 |
| Initial Expert Reports | July 1, 2017 |
| Rebuttal Expert Reports | August 1, 2017 |
| Expert Discovery Deadline | September 1, 2017 |
| Deadline to File Dispositive Motions | October 1, 2017 |
| Dispositive Motion Hearing Date | November 9, 2017 at 2:00 pm |
| Exchange of Evidence | February 5, 2018 |
| Deadline to File Motions in Limine | February 12, 2018 |
| Oppositions to Motions in Limine | February 19, 2018 |
| Joint Pretrial Statement and Proposed Order | February 19, 2018 |
| Proposed Jury Instructions | February 19, 2018 |
| Proposed Voir Dire Instructions | February 19, 2018 |
| Proposed Verdict Forms | February 19, 2018 |
| Proposed Statement of the Case | February 19, 2018 |
| Trial Briefs (Optional) | February 19, 2018 |
| Pretrial Conference | March 6, 2018 at 3:00 pm |
| Jury Trial | March 19, 2018 at 8:30 am, 10 days |

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

In addition, the Court hereby REFERS this action to court-sponsored mediation to be completed by January 20, 2017.

**IT IS SO ORDERED.**

Dated:  November 30, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge