Eric L. Wesenberg, Bar No. 139696
EWesenberg@perkinscoie.com
Christopher L. Kelley, Bar No. 166608
CKelley@perkinscoie.com
Kenneth J. Halpern, Bar No. 187663
KHalpern@perkinscoie.com
Victoria Q. Smith, Bar No. 236045
VSmith@perkinscoie.com
Andrew N. Klein, Bar No. 300221
AKlein@perkinscoie.com
Christian Lee, Bar No. 301671
CLee@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

Attorneys for Plaintiff
SLOT SPEAKER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SLOT SPEAKER TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 3:13-CV-01161 (HSG) (DMR) <br><br> **DECLARATION OF VICTORIA Q. SMITH IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO CONDITIONALLY FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 (DKT. NO. 241)** |

1       I, Victoria Q. Smith, declare as follows:

2       1.      I am an attorney at the law firm of Perkins Coie LLP, counsel of record in this action for Plaintiff Slot Speaker Technologies, Inc. ("SST"). I am a member in good standing of the Bar of the State of California and of this Court. I submit this declaration in support of Apple Inc.'s Administrative Motion to Conditionally File Documents Under Seal Pursuant to Civil L.R. 79-5 (Dkt. No. 241) ("Apple's Current Motion to Seal") to establish that certain portions of documents are sealable by the Court because the information contained therein are confidential, privileged, protectable as a trade secret, or otherwise entitled to protection under the law. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

3       2.      On August 22, 2016, the Court granted Apple's request to seal page 98 line 25 through page 103 line 1 of Exhibit 1 ("Previous Exhibit") to Apple's July 12, 2016 Administrative Motion to Conditionally File Documents Under Seal Pursuant to Civil L.R. 79-5 (Dkt. No. 132). Dkt. No. 167 at 3; *see* Dkt. No. 132-5.

4       3.      Page 100 line 26 through page 105 line 1 of Exhibit 1 to Apple's Current Motion to Seal contains information designated "Confidential" or "Confidential – Attorneys' Eyes Only" under the protective order by SST. The language appearing on page 100 line 26 through page 105 line 1 of Exhibit 1 to Apple's Current Motion to Seal is identical to the language on page 98 line 25 through page 103 line 1 of the Previous Exhibit, which the Court previously sealed. Dkt. No. 167.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed at Palo Alto, California this 17th day of January, 2017.

*/s/ Victoria Q. Smith*
Victoria Q. Smith

*Attorney for Plaintiff*
SLOT SPEAKER TECHNOLOGIES, INC.