UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLOT SPEAKER TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No.13-cv-01161-HSG <br><br> **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

A Further Case Management Conference shall be held on March 14, 2017, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA. The parties shall file a joint case management statement no later than seven (7) days before the date of the conference. The case management statement should discuss how the recent Federal Circuit opinion in *Slot Speaker Tech., Inc v. Apple Inc.*, No. 2015-2038 (Fed. Cir. Feb. 17, 2017), will affect the scope and schedule of this action. If the parties disagree on the opinion's impact, each party may provide separate analysis in the case management statement. In total, however, the case management statement should not exceed four (4) pages.

**IT IS SO ORDERED.**

Dated: 2/28/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge