UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLOT SPEAKER TECHNOLOGIES, INC., <br> Plaintiff, <br> v. <br> APPLE, INC., <br> Defendant. | Case No. 13-cv-01161-HSG   (DMR) <br><br> **ORDER RE UNILATERAL DISCOVERY LETTER** <br><br> Re: Dkt. Nos. 292, 293 |

The court has reviewed Plaintiff Slot Speaker Technologies, Inc.'s ("SST") unilateral discovery letter and Defendant Apple, Inc.'s response. *See* Docket Nos. 292, 293. The dispute concerning Apple's production of samples of the accused products appears to be moot. Therefore, the court dismisses SST's unilateral discovery letter [Docket No. 292] without prejudice. If a dispute remains, the parties must file a joint discovery letter in accordance with this court's Standing Order.

**IT IS SO ORDERED.**

Dated: March 30, 2017



Donna M. Ryu
United States Magistrate Judge