UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLOT SPEAKER TECHNOLOGIES, INC., <br> Plaintiff, <br> v. <br> APPLE, INC., <br> Defendant. | Case No. 13-cv-01161-HSG (DMR) <br><br> **ORDER RE SECOND UNILATERAL DISCOVERY LETTER** <br><br> Re: Dkt. Nos. 296, 297 |

Plaintiff Slot Speaker Technologies, Inc. ("SST") filed its second unilateral discovery letter in two business days. Although this court's Standing Order permits a party to file unilateral discovery letters in rare circumstances, unilateral discovery letters should not be the norm. There is no reason why SST could not have met and conferred and filed a joint discovery letter here. Therefore, the court denies SST's unilateral discovery letter [Docket No. 296] without prejudice. The parties are ordered to follow this court's Standing Order and engage in a proper meet and confer and, if necessary, file a joint discovery letter by no later than **April 7, 2017** that addresses the disputes raised in Docket No. 296. The parties may not attempt to expand their page limit by incorporating information by reference.

**IT IS SO ORDERED.**

Dated: March 30, 2017



_____
Donna M. Ryu
United States Magistrate Judge