UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLOT SPEAKER TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No. 13-cv-01161-HSG (DMR) <br><br> **ORDER DENYING UNTIMELY JOINT DISCOVERY LETTERS** <br><br> Re: Dkt. Nos. 321, 322 |

Fact discovery in this matter closed on May 1, 2017. *See* November 30, 2016 Order [Docket No. 219]. The last day to file motions to compel was May 8, 2017. *See* Civ L.R. 37-3.

Nevertheless, on May 15, 2017, the parties submitted two joint discovery letters: 1) Apple's motion to compel Razor Agreement documents, and 2) Slot Speaker Technologies, Inc.'s motion to compel a further response to Interrogatory No. 17. [Docket Nos. 321, 322]. The parties offer absolutely no explanation for why their letters are untimely, or why good cause exists to consider them. They merely state that the parties' agreement to mutually file untimely motions is reason enough for the court to allocate resources to adjudicate them. This is not good cause by any standard. Counsel are well aware of the case deadlines and the local rules, and have already sought the court's intervention in nearly a dozen discovery disputes in this case. Had the parties felt that the instant disputes were critical, they could have, and indeed, should have brought them to the court's attention in advance of the May 8, 2017 deadline.

The court denies both joint discovery letters as untimely.

**IT IS SO ORDERED.**

Dated: May 30, 2017

_____
Donna M. Ryu
United States Magistrate Judge