1  Eric L. Wesenberg, Bar No. 139696
   EWesenberg@perkinscoie.com
2  Christopher L. Kelley, Bar No. 166608
   CKelley@perkinscoie.com
3  Kenneth J. Halpern, Bar No. 187663
   KHalpern@perkinscoie.com
4  Victoria Q. Smith, Bar No. 236045
   VSmith@perkinscoie.com
5  Andrew N. Klein, Bar No. 300221
   AKlein@perkinscoie.com
6  PERKINS COIE LLP
   3150 Porter Drive
7  Palo Alto, CA  94304-1212
   Telephone:  650.838.4300
8  Facsimile:  650.838.4350
9

10 *Attorneys for Plaintiff*
   *Slot Speaker Technologies, Inc.*
11

Mark D. Selwyn, Bar No. 244180
   Mark.Selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Nina S. Tallon (*pro hac vice*)
   Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SLOT SPEAKER TECHNOLOGIES, INC., | Case No. 4:13-cv-01161-HSG (DMR) |
| Plaintiff, | **STIPULATION AND ORDER REQUESTING MODIFICATION TO SCHEDULING ORDER** |
| v. | |
| APPLE INC., | |
| Defendant. | |

Pursuant to L.R. 6-2, IT IS HEREBY STIPULATED, by and between Plaintiff Slot Speaker Technologies, Inc. ("SST") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their counsel of record, as follows:

WHEREAS, the Parties request modifications to the Scheduling Order (Dkt. 219) to allow a 2-week extension of time to serve expert reports in view of the range of issues to be addressed therein, and a corresponding extension of time to submit and to be heard on the Parties' dispositive motions;

WHEREAS, the Parties' requested modifications to the Scheduling Order do not affect any dates specified in the Scheduling Order subsequent to the hearing date for dispositive motions;

WHEREAS, the Parties have previously requested no other modifications to the Scheduling Order, except for their May 10, 2017 request regarding an extension of time to conduct certain depositions, which the Court granted (Dkt. 319, "Previous Order");

WHEREAS, SST contends that it cannot take the deposition of Apple's 30(b)(6) witness on licensing (one of the depositions identified in the Previous Order) due to the ongoing discovery dispute related to Apple's production of licenses (Dkts. 327, 341, and 342) and SST further contends that this deposition is necessary to the damages-related expert reports;

WHEREAS, the Parties respectfully submit that there is good cause to modify the existing case schedule regarding the deadline for conducting expert discovery and dispositive motions, in view of the range of issues to be addressed in expert reports, and the corresponding additional time for dispositive motions needed after the proposed deadline to complete expert discovery;

WHEREAS, a 2-week extension of time for dispositive motions would place the proposed hearing date on Thanksgiving;

WHEREAS, the Parties therefore request that the hearing date for dispositive motions be extended by 4 weeks, which is still over 12 weeks before the scheduled Pretrial Conference on March 6, 2018 (more than the 6 weeks required under Your Honor's Standing Order for Civil Cases); and

WHEREAS, while the Parties prefer that deadlines for both expert reports and dispositive motions be extended but understand that extending the deadlines for dispositive motions requires a modification to the Court's calendar.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that subject to the Court's approval, the Scheduling Order is modified to one of the schedules below.

| SCHEDULE A (PREFERRED) | | |
|---|---|---|
| **Event** | **Current Deadline** | **New Deadline** |
| Initial Expert Reports | July 1, 2017 | July 14, 2017 |
| Rebuttal Expert Reports | August 1, 2017 | August 14, 2017 |
| Expert Discovery Deadline | September 1, 2017 | September 15, 2017 |
| Deadline to File Dispositive Motions | October 1, 2017 | October 16, 2017 |
| Dispositive Motion Hearing Date | November 9, 2017 at 2:00 pm | December 7, 2017 at 2:00 pm |
| **Event** | **Deadline (unchanged)** | |
| Exchange of Evidence | February 5, 2018 | |
| Deadline to File Motions in Limine | February 12, 2018 | |
| Oppositions to Motions in Limine | February 19, 2018 | |
| Joint Pretrial Statement and Proposed Order | February 19, 2018 | |
| Proposed Jury Instructions | February 19, 2018 | |
| Proposed Voir Dire Instructions | February 19, 2018 | |
| Proposed Verdict Forms | February 19, 2018 | |
| Proposed Statement of the Case | February 19, 2018 | |
| Trial Briefs (Optional) | February 19, 2018 | |
| Pretrial Conference | March 6, 2018 at 3:00 p.m. | |
| Jury Trial | March 19, 2018 at 8:30 am, 10 days | |

| SCHEDULE B | | |
|---|---|---|
| **Event** | **Current Deadline** | **New Deadline** |
| Initial Expert Reports | July 1, 2017 | July 14, 2017 |
| Rebuttal Expert Reports | August 1, 2017 | August 14, 2017 |
| Expert Discovery Deadline | September 1, 2017 | September 8, 2017 |
| **Event** | **Deadline (unchanged)** | |
| Deadline to File Dispositive Motions | October 1, 2017 | |
| Dispositive Motion Hearing Date | November 9, 2017 at 2:00 pm | |
| Exchange of Evidence | February 5, 2018 | |
| Deadline to File Motions in Limine | February 12, 2018 | |
| Oppositions to Motions in Limine | February 19, 2018 | |
| Joint Pretrial Statement and Proposed Order | February 19, 2018 | |
| Proposed Jury Instructions | February 19, 2018 | |
| Proposed Voir Dire Instructions | February 19, 2018 | |
| Proposed Verdict Forms | February 19, 2018 | |
| Proposed Statement of the Case | February 19, 2018 | |
| Trial Briefs (Optional) | February 19, 2018 | |
| Pretrial Conference | March 6, 2018 at 3:00 p.m. | |
| Jury Trial | March 19, 2018 at 8:30 am, 10 days | |

The Parties also respectfully request that the Court issue an order granting the relief requested.

DATED:  June 21, 2017             By:   /s/ Victoria Smith
                                  Victoria Q. Smith, Bar No. 236045
                                  PERKINS COIE LLP
                                  3150 Porter Drive
                                  Palo Alto, CA  94304-1212
                                  Telephone:  (650) 838-4300
                                  Facsimile:  (650) 838-4350

                                  *Attorney for Plaintiff*
                                  *Slot Speaker Technologies, Inc.*

DATED:  June 21, 2017             By:   /s/ Nina S. Tallon
                                  Nina S. Tallon (*pro hac vice*)
                                     Nina.Tallon@wilmerhale.com
                                  WILMER CUTLER PICKERING
                                     HALE AND DORR LLP
                                  1875 Pennsylvania Avenue, NW
                                  Washington, DC  20006
                                  Telephone:  (202) 663-6000
                                  Facsimile:  (202) 663-6363

                                  *Attorney for Defendant Apple Inc.*


                          * * *

**PURSUANT TO STIPULATION,** the Scheduling Order (Dkt. 219) is modified to Schedule **B**

above.  **IT IS SO ORDERED.**



Dated:  June 22, 2017

                                  Hon. Haywood S. Gilliam, Jr.
                                  United States District Judge

## ATTESTATION OF E-FILED SIGNATURES

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Requesting Modification to Scheduling Order. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in this filing has been obtained from Nina S. Tallon and Victoria Smith.


Dated: June 21, 2017

_____/s/ Mark D. Selwyn_____