# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLOT SPEAKER TECHNOLOGIES, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> APPLE, INC. <br><br> Defendant(s). | Case No: 4:13-CV-01161-HSG (DMR) <br><br> APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE <br> (CIVIL LOCAL RULE 11-3) |

I, David J. Burman, an active member in good standing of the bar of Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Slot Speaker Technologies, Inc. in the above-entitled action. My local co-counsel in this case is Eric L. Wesenberg, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1201 3rd Avenue, 49th Floor <br> Seattle, WA 98101-3099 | 3150 Porter Drive <br> Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (206) 359-9426 | (650) 838-4300 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dburman@perkinscoie.com | ewesenberg@perkinscoie.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 10611.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07/05/17

/s/ David J. Burman
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of David J. Burman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/10/2017

Haywood S. Gilliam Jr.
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

# United States District Court
## Western District of Washington

### CERTIFICATE OF GOOD STANDING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

I, William M. McCool, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that **David J Burman** was admitted to practice in said Court on **June 27, 1980** to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on October 6, 2016.

William M. McCool
Clerk

By _____
Deputy Clerk