| | |
|---|---|
| Eric L. Wesenberg, Bar No. 139696<br>EWesenberg@perkinscoie.com<br>Christopher L. Kelley, Bar No. 166608<br>CKelley@perkinscoie.com<br>Victoria Q. Smith, Bar No. 236045<br>VSmith@perkinscoie.com<br>Andrew N. Klein, Bar No. 300221<br>AKlein@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: 650.838.4300<br>Facsimile: 650.838.4350<br><br>Kenneth J. Halpern, Bar No. 187663<br>ken.halpern@strismaher.com<br>STRIS & MAHER LLP<br>725 South Figueroa Street, Suite 1830<br>Los Angeles, CA 90017<br>Telephone: (213) 995-6800<br>Facsimile: (213) 261-0299<br><br>*Attorneys for Plaintiff*<br>*Slot Speaker Technologies, Inc.* | Mark D. Selwyn, Bar No. 244180<br>Mark.Selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>Nina S. Tallon (*pro hac vice*)<br>Nina.Tallon@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>*Attorneys for Defendant Apple Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SLOT SPEAKER TECHNOLOGIES, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>           Defendant. | Case No. 4:13-cv-01161-HSG (DMR)<br><br>**STIPULATION AND ORDER REQUESTING MODIFICATION TO SCHEDULING ORDER** |

Pursuant to L.R. 6-2, IT IS HEREBY STIPULATED, by and between Plaintiff Slot Speaker Technologies, Inc. ("SST") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their counsel of record, as follows:

WHEREAS, the Parties request a modification to the Scheduling Order (Dkt. 219) to allow a one-week extension of time to complete expert discovery;

WHEREAS, the Parties' requested modifications to the Scheduling Order do not affect any dates specified in the Scheduling Order subsequent to the close of expert discovery;

WHEREAS, the Parties have previously requested no other modifications to the Scheduling Order, except for their May 10, 2017 request regarding an extension of time to conduct certain depositions, which the Court granted (Dkt. 319), and their June 21, 2017 request regarding an extension of time to serve expert reports, which the Court granted (Dkt. 345); and

WHEREAS, the Parties respectfully submit that there is good cause to modify the existing case schedule regarding the time to complete expert discovery, in view of the number of expert reports served and the range of issues addressed in those reports.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that subject to the Court's approval, the Scheduling Order is modified as shown below.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert Discovery Deadline | September 8, 2017 | September 15, 2017 |

| Event | Deadline (unchanged) | |
|---|---|---|
| Deadline to File Dispositive Motions | October 1, 2017 | |
| Dispositive Motion Hearing Date | November 9, 2017 at 2:00 pm | |
| Exchange of Evidence | February 5, 2018 | |
| Deadline to File Motions in Limine | February 12, 2018 | |
| Oppositions to Motions in Limine | February 19, 2018 | |
| Joint Pretrial Statement and Proposed Order | February 19, 2018 | |
| Proposed Jury Instructions | February 19, 2018 | |

| Event | Deadline (unchanged) |
|---|---|
| Proposed Voir Dire Instructions | February 19, 2018 |
| Proposed Verdict Forms | February 19, 2018 |
| Proposed Statement of the Case | February 19, 2018 |
| Trial Briefs (Optional) | February 19, 2018 |
| Pretrial Conference | March 6, 2018 at 3:00 p.m. |
| Jury Trial | March 19, 2018 at 8:30 am, 10 days |

The Parties also respectfully request that the Court issue an order granting the relief requested.

DATED: August 31, 2017      By:    */s/ Victoria Smith*
Victoria Q. Smith, Bar No. 236045
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

*Attorney for Plaintiff*
*Slot Speaker Technologies, Inc.*

DATED: August 31, 2017      By:    */s/ Nina S. Tallon*
Nina S. Tallon (*pro hac vice*)
  Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorney for Defendant Apple Inc.*

\* \* \*

1   **PURSUANT TO STIPULATION,** the Scheduling Order (Dkt. 219) is modified as shown

2   above.  **IT IS SO ORDERED.**

5   Dated: August 31, 2017

                                    Hon. Haywood S. Gilliam, Jr.
                                    United States District Judge