| | |
|---|---|
| Eric L. Wesenberg, Bar No. 139696<br>EWesenberg@perkinscoie.com<br>Christopher L. Kelley, Bar No. 166608<br>CKelley@perkinscoie.com<br>Victoria Q. Smith, Bar No. 236045<br>VSmith@perkinscoie.com<br>Andrew N. Klein, Bar No. 300221<br>AKlein@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: 650.838.4300<br>Facsimile: 650.838.4350<br><br>Kenneth J. Halpern, Bar No. 187663<br>ken.halpern@strismaher.com<br>STRIS & MAHER LLP<br>725 South Figueroa Street, Suite 1830<br>Los Angeles, CA 90017<br>Telephone: (213) 995-6800<br>Facsimile: (213) 261-0299<br><br>*Attorneys for Plaintiff*<br>*Slot Speaker Technologies, Inc.* | Mark D. Selwyn, Bar No. 244180<br>Mark.Selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>Nina S. Tallon (*pro hac vice*)<br>Nina.Tallon@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>*Attorneys for Defendant Apple Inc.* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SLOT SPEAKER TECHNOLOGIES, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>          Defendant. | Case No. 4:13-cv-01161-HSG (DMR)<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING MODIFICATION TO BRIEFING SCHEDULE FOR APPLE INC.'S MOTIONS TO EXCLUDE (DKTS. 367, 369, 371)** |

137121085.1

Stipulation and [Proposed] Order Re Briefing for
Apple's Motions to Exclude (Dkts. 367, 369, 371)
No.: 4:13-cv-01161-HSG (DMR)

| | |
|---|---|
| 1 | Pursuant to L.R. 6-2, IT IS HEREBY STIPULATED, by and between Plaintiff Slot Speaker Technologies, Inc. ("SST") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their counsel of record, as follows: |

Pursuant to L.R. 6-2, IT IS HEREBY STIPULATED, by and between Plaintiff Slot Speaker Technologies, Inc. ("SST") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their counsel of record, as follows:

WHEREAS, the Parties request that the briefing schedule for Apple's Motions to Exclude the Expert Opinions of Michael Dansky, Erin MacDonald, and Nisha Mody (Dkts. 367, 369, and 371, collectively, "Apple's Motions to Exclude") be extended by one week for SST's oppositions and by 9 days for Apple's replies;

WHEREAS, the Parties' requested modification to the briefing schedule does not affect any other dates specified in the Scheduling Order (Dkt. 219), or the deadlines for opposition and reply to the parties' dispositive motions (Dkts. 358 and 361) and Apple's Motion to Strike Opinions of Dr. Stephen Elliott (Dkt. 356, "Apple's Motion to Strike");

WHEREAS, the Parties have previously requested no other modifications to the Scheduling Order, except for their May 10, 2017 request regarding an extension of time to conduct certain depositions, which the Court granted (Dkt. 319), their June 21, 2017 request regarding an extension of time to serve expert reports, which the Court granted (Dkt. 345), and their August 31, 2017 request regarding a one-week extension to complete expert discovery, which the Court granted (Dkt. 351); and

WHEREAS, the Parties respectfully submit that there is good cause to modify the existing briefing schedule for Apple's Motions to Exclude, in view of the complexity of the issues presented in the parties' dispositive motions, Apple's Motion to Strike, and Apple's Motions to Exclude, in view of the oppositions and replies to the aforementioned motions being currently due on the same two days, and in view of the requested extension having no effect on the November 9, 2017 hearing date for the aforementioned motions.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that subject to the Court's approval, SST's oppositions to Apple's Motions to Exclude must be filed by October 23, 2017, and Apple's replies thereto must be filed by November 2, 2017.

The Parties also respectfully request that the Court issue an order granting the relief requested.

DATED: October 5, 2017    By:  /s/ Victoria Smith
                               Victoria Q. Smith
                               PERKINS COIE LLP

                               *Attorney for Plaintiff*
                               *Slot Speaker Technologies, Inc.*

DATED: October 5, 2017    By:  /s/ Nina S. Tallon
                               Nina S. Tallon
                               Nina.Tallon@wilmerhale.com
                               WILMER CUTLER PICKERING
                               HALE AND DORR LLP

                               *Attorney for Defendant Apple Inc.*

* * *

**PURSUANT TO STIPULATION,** SST's oppositions to Apple's Motions to Exclude (Dkts. 367, 369, 371) must be filed by October 23, 2017, and Apple's replies thereto must be filed by November 2, 2017. **IT IS SO ORDERED.**

Dated: 10/6/2017

Hon. Haywood S. Gilliam, Jr.
United States District Judge