| | |
|---|---|
| Eric L. Wesenberg, Bar No. 139696<br>EWesenberg@perkinscoie.com<br>Christopher L. Kelley, Bar No. 166608<br>CKelley@perkinscoie.com<br>Victoria Q. Smith, Bar No. 236045<br>VSmith@perkinscoie.com<br>Andrew N. Klein, Bar No. 300221<br>AKlein@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: 650.838.4300<br>Facsimile: 650.838.4350<br><br>Kenneth J. Halpern, Bar No. 187663<br>ken.halpern@strismaher.com<br>STRIS & MAHER LLP<br>725 South Figueroa Street, Suite 1830<br>Los Angeles, CA 90017<br>Telephone: (213) 995-6800<br>Facsimile: (213) 261-0299<br><br>*Attorneys for Plaintiff*<br>*Slot Speaker Technologies, Inc.* | Mark D. Selwyn, Bar No. 244180<br>Mark.Selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>Nina S. Tallon (*pro hac vice*)<br>  Nina.Tallon@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>*Attorneys for Defendant Apple Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SLOT SPEAKER TECHNOLOGIES, INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>               Defendant. | Case No. 4:13-cv-01161-HSG (DMR)<br><br>**STIPULATION AND ORDER REQUESTING PERMISSION TO CONNECT LAPTOPS FOR VISUAL PRESENTATION AT NOVEMBER 9, 2017 HEARING** |

1       Pursuant to L.R. 7-12, counsel for Plaintiff Slot Speaker Technologies, Inc. ("SST") and
Defendant Apple Inc. ("Apple") stipulate and respectfully request an order permitting counsel and
their staff and/or consultants to (a) bring laptop computers into the courthouse, and (b) connect
their laptops to Courtroom 2's visual presentation system on Thursday, November 9, 2017 for the
hearing taking place at 11:00 a.m. that day.

      Counsel also respectfully request that they and their staff and/or consultants be permitted
to enter Courtroom 2 at 10:00 a.m. on November 9, 2017 (or at another time convenient to the
Court, and in advance of the 11:00 a.m. hearing) to connect their equipment and confirm
operability with the Court's presentation system.

      The Parties also respectfully request that the Court issue an order granting the relief
requested.

DATED: November 6, 2017        By:   */s/ Victoria Smith*
                                                                           Victoria Q. Smith

                                                                           *Attorney for Plaintiff*
                                                                           *Slot Speaker Technologies, Inc.*


DATED: November 6, 2017        By:   */s/ Mark D. Selwyn*
                                                                           Mark D. Selwyn

                                                                           *Attorney for Defendant Apple Inc.*

| | |
|---|---|
| 1 | **ORDER** |
| 2 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** Counsel for the parties and |
| 3 | their staff and/or consultants may (a) enter Courtroom 2 at 10:30 a.m. on November 9, 2017, to |
| 4 | connect their respective laptops and test/confirm operability with the Court's visual presentation |
| 5 | system and (b) connect their laptops to Courtroom 2's visual presentation system for the hearing |
| 6 | taking place at 11:00 a.m. on that day. |

Dated: November 7, 2017

*/s/ Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge