1   Mark D. Selwyn  (SBN 244180)
       Mark.Selwyn@wilmerhale.com
2   WILMER CUTLER PICKERING
       HALE AND DORR LLP
3   950 Page Mill Road
    Palo Alto, CA  94304
4   Telephone:  (650) 858-6000
    Facsimile:  (650) 858-6100
5
    Nina S. Tallon  (*pro hac vice*)
6      Nina.Tallon@wilmerhale.com
    WILMER CUTLER PICKERING
7      HALE AND DORR LLP
    1875 Pennsylvania Avenue, NW
8   Washington, DC  20006
    Telephone:  (202) 663-6000
9   Facsimile:  (202) 663-6363

10  Jason H. Liss  (*pro hac vice*)
       Jason.Liss@wilmerhale.com
11  WILMER CUTLER PICKERING
       HALE AND DORR LLP
12  60 State Street
    Boston, MA  02109
13  Telephone:  (617) 526-6000
    Facsimile:  (617) 526-5000
14

15  *Attorneys for Defendant and
    Counterclaim-Plaintiff Apple Inc.*

16
17              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
18                    **OAKLAND DIVISION**

| | |
|---|---|
| SLOT SPEAKER TECHNOLOGIES, INC., | **Case No. 4:13-cv-01161-HSG (DMR)** |
| Plaintiff, | |
| v. | **DECLARATION OF MARK D. SELWYN IN SUPPORT OF SLOT SPEAKER TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 (Dkt. 429)** |
| APPLE INC., | |
| Defendant. | |

I, Mark D. Selwyn, declare as follows:

1.     I am an attorney admitted to practice in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am a member of the Bar of this Court.  I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.  Pursuant to Civil Local Rules 7-11 and 79-5, I submit this Declaration in support of Slot Speaker Technologies, Inc.'s ("SST") Administrative Motion to File Documents Under Seal Pursuant to Civil L.R. 79-5 (Dkt. 429).

2.     With its Motion to Seal, SST filed a document that contains or discusses information designated "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Apple under the operative Protective Order (Dkt. 120).  That document is attached to the Declaration of Christopher L. Kelley (Dkt. 429-1) in support of SST's Motion to Seal ("Kelley Declaration").  Certain portions of that document are sealable by the Court because the information contained therein is confidential, protectable as a trade secret, or otherwise entitled to protection under the law.

3.     The requested relief is necessary and narrowly tailored to protect the confidentiality of the information contained in the following documents.

4.     **Exhibit 1** to the Kelley Declaration contains, discusses, or otherwise includes information that Apple designated "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order.

5.     In particular, page 2, lines 19-21; page 5, lines 27-28; and page 10, lines 10-12 of **Exhibit 1** contain detailed technical descriptions of the design, design process, and/or functionality of Apple's accused products.  The public disclosure of this information would be harmful to Apple because detailed information of this kind constitutes trade secret information that could be used by Apple's competitors or other third parties to Apple's disadvantage, as it reveals detailed information concerning how Apple's products are designed and/or operate.  It is Apple's practice and policy to maintain the confidentiality of this information, and its disclosure

would be harmful to Apple.  *See, e.g.*, *Apple Inc. v. Samsung Elecs. Co., Ltd.*, No. 11-cv-01846-LHK (N.D. Cal.), Dkt. 1649 at 8 (granting Apple's request to seal schematics related to the Apple iBook and iSight); *Apple, Inc. v. Samsung Elecs. Co., Ltd.*, No. 11-cv-01846-LHK (N.D. Cal.), Dkt. 1504 at 3 (declaration supporting sealing of schematics showing the configuration of Apple's products because detailed information of this kind constitutes trade secret information); *see also Finjan, Inc. v. Proofpoint, Inc.*, No. 13-CV-05808-HSG, 2016 WL 7911651, at *3 (N.D. Cal. Apr. 6, 2016) (granting motion to seal exhibits to summary judgment motion containing information related to, among other things, the "technical operation and schematics of the [accused] products"); *PQ Labs, Inc. v. Qi*, No. C 12-450 CW, 2014 WL 4617216, at *1 (N.D. Cal. Sept. 15, 2014) (granting motion to seal trial exhibits that "contain schematic illustrations and technical specifications of Plaintiffs' products, the publication of which would reveal trade secrets").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of November, 2017.

                                            */s/ Mark D. Selwyn*
                                            Mark D. Selwyn

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304