UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SLOT SPEAKER TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 4:13-cv-01161-HSG (DMR) <br><br> ORDER REGARDING APPLE INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKTs. 392-15; 434-13) |

Defendant Apple Inc. has moved to permanently remove incorrectly filed Docket Nos. 392-15 and 434-13 from the public docket. Having considered the arguments of the parties and the papers submitted, and finding good cause therefore, the Court hereby GRANTS Apple Inc.'s Motion to Remove Incorrectly Filed Documents (Dkts. 392-15; 434-13).

**IT IS SO ORDERED.**

Dated: January 17, 2018

Hon. Haywood S. Gilliam, Jr.
United States District Judge