| | |
|---|---|
| Mark D. Selwyn, Bar No. 244180<br>  Mark.Selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>Nina S. Tallon (*pro hac vice*)<br>  Nina.Tallon@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>*Attorneys for Defendant Apple Inc.* | Eric L. Wesenberg, Bar No. 139696<br>  EWesenberg@perkinscoie.com<br>Christopher L. Kelley, Bar No. 166608<br>  CKelley@perkinscoie.com<br>Victoria Q. Smith, Bar No. 236045<br>  VSmith@perkinscoie.com<br>Andrew N. Klein, Bar No. 300221<br>  AKlein@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: (650) 838-4300<br>Facsimile: (650) 838-4350<br><br>Kenneth J. Halpern, Bar No. 187663<br>  ken.halpern@strismaher.com<br>STRIS & MAHER LLP<br>725 South Figueroa Street, Suite 1830<br>Los Angeles, CA 90017<br>Telephone: (213) 995-6800<br>Facsimile: (213) 261-0299<br><br>*Attorneys for Plaintiff<br>Slot Speaker Technologies, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SLOT SPEAKER TECHNOLOGIES, INC.,<br><br>               Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>               Defendant. | Case No. 4:13-cv-01161-HSG (DMR)<br><br>**STIPULATION AND ORDER REQUESTING MODIFICATION TO BRIEFING SCHEDULE FOR SLOT SPEAKER TECHNOLOGIES, INC.'S MOTIONS TO STRIKE (DKTS. 434, 441, 443)** |

**PURSUANT TO STIPULATION,** Apple's oppositions to SST's Motions to Strike (Dkts. 434, 441, 443), and SST's replies thereto, must be filed as shown below.

| Submission | Deadline |
|---|---|
| Apple Opposition to Dkt. 434 | 2/2 |
| Apple Oppositions to Dkts. 441, 443 | 2/9 |
| SST Reply in support of Dkt. 434 | 2/13 |
| SST Replies in support of Dkts. 441, 443 | 2/20 |

**IT IS SO ORDERED.**

Dated: January 23, 2018

Hon. Haywood S. Gilliam, Jr.
United States District Judge