| | |
|---|---|
| Mark D. Selwyn, Bar No. 244180<br>  Mark.Selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100<br><br>Nina S. Tallon (*pro hac vice*)<br>  Nina.Tallon@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>Telephone:  (202) 663-6000<br>Facsimile:  (202) 663-6363<br><br>*Attorneys for Defendant Apple Inc.* | Eric L. Wesenberg, Bar No. 139696<br>  EWesenberg@perkinscoie.com<br>Christopher L. Kelley, Bar No. 166608<br>  CKelley@perkinscoie.com<br>Victoria Q. Smith, Bar No. 236045<br>  VSmith@perkinscoie.com<br>Wing H. Liang, Bar No. 285521<br>  WLiang@perkinscoie.com<br>Andrew N. Klein, Bar No. 300221<br>  AKlein@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA  94304-1212<br>Telephone:  (650) 838-4300<br>Facsimile:  (650) 838-4350<br><br>Kenneth J. Halpern, Bar No. 187663<br>  ken.halpern@strismaher.com<br>STRIS & MAHER LLP<br>725 South Figueroa Street, Suite 1830<br>Los Angeles, CA 90017<br>Telephone:  (213) 995-6800<br>Facsimile:  (213) 261-0299<br><br>*Attorneys for Plaintiff*<br>*Slot Speaker Technologies, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SLOT SPEAKER TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 4:13-cv-01161-HSG (DMR)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REQUESTING MODIFICATION**<br>**TO BRIEFING SCHEDULE FOR**<br>**MOTIONS IN LIMINE** |

Pursuant to L.R. 6-2, IT IS HEREBY STIPULATED, by and between Plaintiff Slot Speaker Technologies, Inc. ("SST") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their counsel of record, as follows:

WHEREAS, the Parties request modification of the briefing schedule for Motions in Limine as shown below:

| Submission | Current Deadline | Requested Deadline |
|---|---|---|
| Motions in Limine | 2/12 | 2/13 |
| Oppositions to Motions in Limine | 2/19 | 2/23 |

WHEREAS, the requested modification would not require rescheduling the pretrial conference set for March 6, 2018 and would not affect the parties' other deadlines for pretrial submissions under the Court's Civil Pretrial and Trial Standing Order;

WHEREAS, the Parties have previously requested no other modifications to the Scheduling Order, except for their May 10, 2017 request for extension of time to conduct certain depositions, which the Court granted (Dkt. 319); their June 21, 2017 request for extension of time to serve expert reports, which the Court granted (Dkt. 345); their August 31, 2017 request for a one-week extension to complete expert discovery, which the Court granted (Dkt. 351); their October 5, 2017 request regarding the schedule for briefing of Apple's Motions to Exclude certain of SST's experts' opinions, which the Court granted (Dkt. 382); and their January 22, 2018 request regarding the schedule for briefing of SST's Motions to Strike, which the Court granted (Dkt. 450); and

WHEREAS, the Parties respectfully submit that there is good cause to modify the existing briefing schedule for Motions in Limine in view of ongoing other work associated with preparations for the trial beginning March 19, 2018 and in view of the requested extension not requiring rescheduling the pretrial conference set for March 6, 2018 and not affecting the Parties' other deadlines for pretrial submissions under the Court's Civil Pretrial and Trial Standing Order.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that, subject to the Court's approval, the Parties' Motions in Limine and oppositions thereto must be filed as shown below.

| Submission | Deadline |
|---|---|
| Motions in Limine | 2/13 |
| Oppositions to Motions in Limine | 2/23 |

The Parties also respectfully request that the Court issue an order granting the relief requested.

DATED: February 6, 2018

By:    */s/ Nina S. Tallon*
Nina S. Tallon
  Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP

*Attorney for Defendant Apple Inc.*

DATED: February 6, 2018

By:    */s/ Wing H. Liang*
Wing H. Liang
WLiang@perkinscoie.com
PERKINS COIE LLP

*Attorney for Plaintiff
Slot Speaker Technologies, Inc.*

\* \* \*

**PURSUANT TO STIPULATION,** the Parties' Motions in Limine, and oppositions thereto, must be filed as shown below.

| Submission | Deadline |
|---|---|
| Motions in Limine | 2/13 |
| Oppositions to Motions in Limine | 2/23 |

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

**ATTESTATION OF E-FILED SIGNATURES**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Requesting Modification to Briefing Schedule for Motions in Limine. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in this filing has been obtained from Nina S. Tallon and Wing H. Liang.

Dated: February 6, 2018

*/s/ Mark D. Selwyn*
Mark D. Selwyn

1 | Mark D. Selwyn, Bar No. 244180
  | Mark.Selwyn@wilmerhale.com
2 | WILMER CUTLER PICKERING
  |   HALE AND DORR LLP
3 | 950 Page Mill Road
  | Palo Alto, CA 94304
4 | Telephone: (650) 858-6000
  | Facsimile: (650) 858-6100
5 |
  | Nina S. Tallon (*pro hac vice*)
6 |   Nina.Tallon@wilmerhale.com
  | WILMER CUTLER PICKERING
7 |   HALE AND DORR LLP
  | 1875 Pennsylvania Avenue, NW
8 | Washington, DC 20006
  | Telephone: (202) 663-6000
9 | Facsimile: (202) 663-6363

10 | *Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| SLOT SPEAKER TECHNOLOGIES, INC., | Case No. 4:13-cv-01161-HSG (DMR) |
|---|---|
| Plaintiff, | **DECLARATION OF MARK D. SELWYN IN SUPPORT OF STIPULATION REQUESTING MODIFICATION TO BRIEFING SCHEDULE FOR MOTIONS IN LIMINE** |
| v. | |
| APPLE INC., | |
| Defendant. | |

I, Mark D. Selwyn, declare as follows:

1. I am an attorney admitted to practice in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am a member of the Bar of this Court. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned matter. I make this declaration based upon my personal knowledge and/or investigation of the facts set forth herein. If called to testify, I could and would testify competently to the facts stated herein.

2. Pursuant to L.R. 6-2, I submit this Declaration in Support of the Parties' Stipulation Requesting Modification to Briefing Schedule for Motions in Limine.

3. On November 30, 2016, the Court entered a Scheduling Order setting February 5, 2018 as the date for the Parties' exchange of evidence; February 12, 2018 as the deadline for the filing of motions in limine; February 19, 2018 as the deadline for the filing of oppositions to motions in limine and various of the Parties' pretrial submissions pursuant to the Court's Civil Pretrial and Trial Standing Order; March 6, 2018 as the pretrial conference date; and March 19, 2018 as the trial date. (Dkt. 219, "Scheduling Order.")

4. On May 12, 2017, the Court entered an Order modifying the Scheduling Order and extending time to conduct certain depositions. (Dkt. 319.) On June 22, 2017, the Court entered an Order modifying the Scheduling Order and setting July 14 and August 14, 2017 as the deadlines to serve opening and rebuttal expert reports, respectively. (Dkt. 345.) On August 31, 2017, the Court entered an Order modifying the Scheduling Order and setting September 15, 2017 as the deadline for completion of expert discovery. (Dkt. 351.) On October 6, 2017, the Court entered an Order modifying the briefing schedule for Apple's Motions to Exclude certain of SST's experts' opinions. (Dkt. 382.) On January 23, 2018, the Court entered an Order modifying the briefing schedule for SST's Motions to Strike certain of Apple's experts' opinions. (Dkt. 450.)

5. In view of the parties' ongoing other work associated with preparations for the trial beginning March 19, the Parties have agreed to seek to adjust the schedule for briefing of Motions in Limine, subject to the Court's approval, as shown below.

| Submission | Default Deadline | Requested Deadline |
|---|---|---|
| Motions in Limine | 2/12 | 2/13 |
| Oppositions to Motions in Limine | 2/19 | 2/23 |

6. The requested modification would not require rescheduling the pretrial conference set for March 6, 2018 and would not affect the Parties' other deadlines for pretrial submissions under the Court's Civil Pretrial and Trial Standing Order.

7. Other than as described above, the parties have not sought any modifications to the Court's Scheduling Order.

Executed this 6th day of February, 2018.

*/s/ Mark D. Selwyn*
Mark D. Selwyn

**PURSUANT TO STIPULATION,** the Parties' Motions in Limine, and oppositions thereto, must be filed as shown below.

| Submission | Deadline |
|---|---|
| Motions in Limine | 2/13 |
| Oppositions to Motions in Limine | 2/23 |

**IT IS SO ORDERED.**

Dated: 2/7/2018

Hon. Haywood S. Gilliam, Jr.
United States District Judge