1  Eric L. Wesenberg, Bar No. 139696
   EWesenberg@perkinscoie.com
2  Christopher L. Kelley, Bar No. 166608
   CKelley@perkinscoie.com
3  Victoria Q. Smith, Bar No. 236045
   VSmith@perkinscoie.com
4  Andrew N. Klein, Bar No. 300221
   AKlein@perkinscoie.com
5  PERKINS COIE LLP
   3150 Porter Drive
6  Palo Alto, CA  94304-1212
   Telephone:  650.838.4300
7  Facsimile:  650.838.4350

8  David J. Burman (pro hac vice)
   DBurman@perkinscoie.com
9  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
10 Seattle, WA 98101-3099
   Telephone: 206.359.8000
11 Facsimile: 206.359.9000

12 Kenneth J. Halpern, Bar No. 187663
   ken.halpern@strismaher.com
13 STRIS & MAHER LLP
   725 South Figueroa Street, Suite 1830
14 Los Angeles, CA 90017
   Telephone:    (213) 995-6800
15 Facsimile:    (213) 261-0299

16 *Attorneys for Plaintiff*
   *Slot Speaker Technologies, Inc.*
17

   Mark D. Selwyn, Bar No. 244180
     Mark.Selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
     HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, CA  94304
   Telephone:  (650) 858-6000
   Facsimile:  (650) 858-6100

   Nina S. Tallon (*pro hac vice*)
     Nina.Tallon@wilmerhale.com
   WILMER CUTLER PICKERING
     HALE AND DORR LLP
   1875 Pennsylvania Avenue, NW
   Washington, DC  20006
   Telephone:  (202) 663-6000
   Facsimile:  (202) 663-6363

   *Attorneys for Defendant Apple Inc.*

18                    **UNITED STATES DISTRICT COURT**

19                 **NORTHERN DISTRICT OF CALIFORNIA**

20                        **OAKLAND DIVISION**

21

22 SLOT SPEAKER TECHNOLOGIES, INC.,

23                  Plaintiff,

24        v.

25 APPLE INC.,

26                  Defendant.

27

28

| Case No. 4:13-cv-01161-HSG (DMR) |

**STIPULATION AND ORDER REQUESTING MODIFICATION TO BRIEFING SCHEDULE FOR APPLE INC.'S MOTION FOR ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285 (DKT. 524)**

1    Pursuant to L.R. 6-2, IT IS HEREBY STIPULATED, by and between Plaintiff Slot

2    Speaker Technologies, Inc. ("SST") and Defendant Apple Inc. ("Apple") (collectively, the

3    "Parties"), by and through their counsel of record, as follows:

4        WHEREAS, the Parties request that the briefing schedule for Apple's Motion for

5    Attorneys' Fees Pursuant to 35 U.S.C. § 285 (Dkt. 524) ("Motion for Attorneys' Fees") be

6    extended as follows:

| Submission | Current Deadline | Requested Deadline |
|---|---|---|
| SST's Opposition to Apple's Motion for Attorneys' Fees | April 24, 2018 | May 8, 2018 |
| Apple's Reply to SST's Opposition | May 1, 2018 | May 22, 2018 |

11       WHEREAS, the Parties' requested modification to the briefing schedule does not affect

12   any dates currently set by the Court or the July 19, 2018 hearing date on Apple's Motion for

13   Attorneys' Fees;

14       WHEREAS, the Parties have previously requested no other modifications to the

15   Scheduling Order, except for their May 10, 2017 request regarding an extension of time to

16   conduct certain depositions, which the Court granted (Dkt. 319); their June 21, 2017 request

17   regarding an extension of time to serve expert reports, which the Court granted (Dkt. 345); their

18   August 31, 2017 request regarding a one-week extension to complete expert discovery, which the

19   Court granted (Dkt. 351); their October 5, 2017 request regarding additional time for briefing

20   Apple's Motions to Exclude certain of SST's experts' opinions, which the Court granted (Dkt.

21   382); their January 22, 2018 request regarding the schedule for briefing of SST's Motion to

22   Strike, which the Court granted (Dkt. 450); and their February 6, 2018 request regarding

23   modification to the briefing schedule for motions in limine, which the Court granted (Dkt. 456);

24       WHEREAS, the Parties respectfully submit that there is good cause to modify the existing

25   briefing schedule for Apple's Motion for Attorneys' Fees in view of the scope of the issues

26   presented and the requested extension having no effect on any deadlines currently set by the

27   Court or the July 19, 2018 hearing date on Apple's Motion for Attorneys' Fees.

28

-1-

1    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that,

2    subject to the Court's approval, SST's opposition to Apple's Motion for Attorneys' Fees must be

3    filed by May 8, 2018, and Apple's reply thereto must be filed by May 22, 2018.

4        The Parties also respectfully request that the Court issue an order granting the relief

5    requested.

6    DATED:  April 13, 2018                    By:    /s/Eric L. Wesenberg
                                                     Eric L. Wesenberg
7                                                    PERKINS COIE LLP

8                                                    *Attorney for Plaintiff*
9                                                    *Slot Speaker Technologies, Inc.*

10   DATED:  April 13, 2018                    By:    /s/Nina S. Tallon
                                                     Nina S. Tallon
11                                                     Nina.Tallon@wilmerhale.com
                                                     WILMER CUTLER PICKERING
12                                                   HALE AND DORR LLP

13
                                                     *Attorney for Defendant Apple Inc.*
14

15

16   **ATTESTATION OF E-FILED SIGNATURES**

17       I, Eric L. Wesenberg, am the ECF user whose ID and password are being used to file this

18   Stipulation and [Proposed] Order Requesting Modification to Briefing Schedule for Apple Inc.'s

19   Motion for Attorneys' Fees Pursuant to 35 U.S.C. § 285 (Dkt. 524).  In compliance with Civil

20   Local Rule 5-1(i)(3), I hereby attest that concurrence in this filing has been obtained from Nina S.

21   Tallon.

     Dated:  April 13, 2018
22
                                                     /s/Eric L. Wesenberg
23                                                   Eric L. Wesenberg

24

25

26

27

28

1

* * *

2    **PURSUANT TO STIPULATION,** SST's opposition to Apple's Motion for Attorneys'

3 Fees (Dkt. 524) must be filed by May 8, 2018 and Apple's reply thereto must be filed by May 22,

4 2018.  **IT IS SO ORDERED.**

5 Dated:  April 16, 2018

   Hon. Haywood S. Gilliam, Jr.

6    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Re Briefing for Apple's Motion
For Attorneys' Fees (Dkt. 524)
No.: 4:13-cv-01161-HSG (DMR)