UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SLOT SPEAKER TECHNOLOGIES, INC.

Plaintiff(s),

v.

APPLE INC.

Defendant(s).

Case No: 4:13-cv-01161

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Benjamin Schlesinger, an active member in good standing of the bar of Supreme Court of Georgia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Slot Speaker Technologies, Inc. in the above-entitled action. My local co-counsel in this case is Jacob A. Schroeder, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Finnegan LLP, 271 17th Street, NW, Suite 1400, Atlanta, GA 30363 | Finnegan LLP, 3300 Hillview Ave., Palo Alto, CA 94304-1203 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (404) 653-6400 | (650) 849-6600 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| benjamin.schlesinger@finnegan.com | jacob.schroeder@finnegan.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 968326.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/02/18

Benjamin Schlesinger
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Benjamin Schlesinger is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/8/2018

*Haywood S. Gill, Jr.*
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE


# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Mr. Benjamin Robert Schlesinger
Finnegan Henderson Farabow Garrett & Dunner LLP
271 17th Street NW Suite 1400
Atlanta, GA  30363-6209

**CURRENT STATUS:**    Active Member-Good Standing
**DATE OF ADMISSION:** 02/03/2012
**BAR NUMBER:**        968326
**TODAY'S DATE:**      05/01/2018

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, administrative arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.



## STATE BAR OF GEORGIA

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

| HEADQUARTERS | COASTAL GEORGIA OFFICE | SOUTH GEORGIA OFFICE |
|---|---|---|
| 104 Marietta St. NW, Suite 100 | 18 E. Bay St. | 244 E. 2nd St. (31794) |
| Atlanta, GA  30303-2743 | Savannah, GA  31401-1225 | P.O. Box 1390 |
| 404-527-8700 • 800-334-6865 | 912-239-9910 • 877-239-9910 | Tifton, GA  31793-1390 |
| Fax 404-527-8717 | Fax 912-239-9970 | 229-387-0446 • 800-330-0446 |
| www.gabar.org | | Fax 229-382-7435 |