UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLOT SPEAKER TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>Defendant. | Case No. 13-cv-01161-HSG<br><br>**ORDER ON DEFENDANT'S ADMINISTRATIVE MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 354, 366, 368, 370, 377, 387, 414, 416, 418, 426, 453, 457, 459, 465, 488, 490, 492, 494, 521, 523, 547 |

Pending before the Court are Defendant Apple, Inc.'s ("Apple") administrative motions to file under seal various documents pursuant to Civil Local Rule 79-5. *See* Dkt. Nos. 354, 366, 368, 370, 377, 387, 414, 416, 418, 426, 453, 457, 459, 465, 488, 490, 492, 494, 521, 523, 547.

## I.      LEGAL STANDARD

Courts generally apply a "compelling reasons" standard when considering motions to seal documents. *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010) (quoting *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006)). "This standard derives from the common law right 'to inspect and copy public records and documents, including judicial records and documents.'" *Id.* (quoting *Kamakana*, 447 F.3d at 1178). "[A] strong presumption in favor of access is the starting point." *Kamakana*, 447 F.3d at 1178 (quotation omitted). To overcome this strong presumption, the party seeking to seal a judicial record attached to a dispositive motion must "articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process" and "significant public events." *Id.* at 1178-79 (quotation omitted). "In general, 'compelling reasons' sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such 'court files might have

become a vehicle for improper purposes,' such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Id.* at 1179 (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)). "The mere fact that the production of records may lead to a litigant's embarrassment, incrimination, or exposure to further litigation will not, without more, compel the court to seal its records." *Id.*

The Court must "balance[] the competing interests of the public and the party who seeks to keep certain judicial records secret. After considering these interests, if the court decides to seal certain judicial records, it must base its decision on a compelling reason and articulate the factual basis for its ruling, without relying on hypothesis or conjecture." *Id.* Civil Local Rule 79-5 supplements the compelling reasons standard set forth in *Kamakana*: the party seeking to file a document or portions of it under seal must "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law . . . The request must be narrowly tailored to seek sealing only of sealable material." Civil L.R. 79-5(b).

Records attached to nondispositive motions, however, are not subject to the strong presumption of access. *See Kamakana*, 447 F.3d at 1179. Because such records "are often unrelated, or only tangentially related, to the underlying cause of action," parties moving to seal must meet the lower "good cause" standard of Rule 26(c) of the Federal Rules of Civil Procedure. *Id.* at 1179-80 (quotation omitted). This requires only a "particularized showing" that "specific prejudice or harm will result" if the information is disclosed. *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002); *see also* Fed. R. Civ. P. 26(c). "Broad allegations of harm, unsubstantiated by specific examples of articulated reasoning" will not suffice. *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992) (quotation omitted).

## II.      DISCUSSION

Apple's various documents are more than tangentially related to the underlying cause of action, and the Court therefore applies the "compelling reasons" standard. Apple has provided a compelling interest in sealing portions of the various documents listed below because they contain confidential business information relating to the design and operation of Apple's products, and/or

confidential business and financial information relating to the operations and products of Plaintiff Slot Speaker Technologies, Inc. ("SST"), Apple, or third parties. *See Apple Inc. v. Samsung Elecs. Co., Ltd.*, No. 11-CV-01846-LHK, 2012 WL 6115623 (N.D. Cal. Dec. 10, 2012); *see also Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011); *Linex Techs., Inc. v. Hewlett-Packard Co.*, No. C 13-159 CW, 2014 WL 6901744 (N.D. Cal. Dec. 8, 2014) (holding sensitive financial information falls within the class of documents that may be filed under seal). Apple has identified portions of the unredacted versions of Motions and exhibits as containing confidential business information; the Court finds this to be a sufficiently compelling reason to grant the below-indicated portions under seal.

For other documents and portions of documents listed below, Apple has failed to narrowly tailor the redactions to confidential business information relating to Apple and/or SST products and business methods.[1]

Apple requests the following portions of the various documents be sealed:

| Docket Number Public/(Sealed) | Document | Portions Sought to be Sealed | Ruling |
|---|---|---|---|
| 354-3/(354-4) | Motion to Strike Op. Elliott | Page 11 | GRANTED |
| **No Public Version Filed**/(354-7) | Excerpts from Fincham Depo., Ex. 9 | Entire document | DENIED |
| **No Public Version Filed**/(354-9) | Elliott Dep., Ex. 11 | Pages 23, 176-177, 194-201 | GRANTED |
| 354-10/(354-11) | Kyriakakis Decl., Ex. 12 | Pages iii, 14, 20-35, 42-45, 58-59, 103-114, 215-35, 237-255, 257-265, 267-277, 279-289, 291- 298, 300-305, 307-318, 367-382, 402-03, 408-09, 416, 461 | GRANTED |
| **No Public Version Filed/**(354-13) | Expert Report Elliott, Ex. 14 | Pages I-47, I-66, I-73-75, I-81-87, I-92-93, I-112- 13, I-118-19, I-126-27, II-2, II-41, II-43, III34-37, III-41, III-46, III-50, III-94-96, III-99, III-102, III-105-27, III-175-77, III-208-09 | GRANTED |

---

[1] A number of Apple's proposed redactions indicate contingency upon SST filing a declaration in support of those portions sought to be redacted. As evidenced in the chart, the Court DENIES the sealing of documents relating to SST CBI for which neither Apple nor SST has provided support.

| | | | |
|---|---|---|---|
| **No Public Version Filed**/(354-15) | Excerpts from Reply Expert Report of Dr. Stephen Elliott, Ex. 15 | Entire document | DENIED |
| **No Public Version Filed**/(354-17) | SST's Supplemental Responses and Objections to Apple's First Set of Interrogatories (Nos. 2, 3, 4, and 7), Ex. 16 | Entire document | DENIED |
| 366-3/(366-4) | Motion to Exclude Op. Dansky | Pages 3-7 | GRANTED |
| 366-6, 366-7/(366-5) | Kyriakakis Rebuttal Expert Report, Ex. 4 | Pages iii, 14, 20-35, 42-45, 58-59, 103-114, 215-35, 237-255, 257-265, 267-277, 279-289, 291-298, 300-305, 307-318, 367-382, 402-03, 408-09, 416, 461 | GRANTED |
| **No Public Version Filed**/(366-8) | Elliott Dep., Ex. 5 | Pages 23, 176-77, 194-201 | GRANTED |
| 366-9/(366-10) | Dave Dep., Ex. 6 | Pages 22-23, 82-84, 87-88, 125-26, 182, 301-02, 417-21 | GRANTED |
| 366-11/(366-12) | Porter Dep., Ex. 7 | Pages 43-44, 47-49, 51, 53-56, 93-94 | GRANTED |
| 366-13/(366-14) | Tan Dep., Ex. 8 | Pages 47, 51, 80-82 | GRANTED |
| 366-15, 366-16/(366-17) | Expert Report Mauro, Ex. 9 | Pages 2-3, 17, 21-27, 34-35, 49-50, 64-68 | GRANTED |
| **No Public Version Filed**/(366-18) | Expert Report Elliott, Ex. 10 | Pages I-47, I-66, I-73-75, I-81-87, I-92-93, I-112-13, I-118-19, I-126-27, II-2, II-41, II-43, III-34-37, III-41, III-46, III-50, III-94-96, III-99, III-102, III-105-27, III-175-77, III-208-09 | GRANTED |
| **No Public Version Filed**/(366-19) | Excerpts from Follmer Depo., Ex. 11 | Entire document | DENIED |
| **Entire document sealed**/(366-20) | Ex. 12 | Entire document | GRANTED |
| **No Public Version Filed**/(366-21) | Dansky Dep., Ex. 13 | Page 116 | GRANTED |
| **No Public Version Filed**/(366-22) | Expert Report Dansky, Ex. 14 | Pages 2, 16, 22-23, 34-67, 79-89, 95-96, 104-15 | GRANTED |
| **No Public Version Filed**/(375) | Excerpts from MacDonald Depo., Ex. 15 | Portions of page 60, 85, 175–176 | GRANTED |
| **No Public Version Filed**/(366-23) | Expert Report Mody, Ex. 16 | Pages 5, 8-30, 36-47 | GRANTED |
| **No Public Version Filed**/(366-24) | Mody Dep., Ex. 17 | Pages 136, 139-40, 148, 201, 237-38 | GRANTED |
| **No Public Version** | Expert Report | Pages 4-10, 24-27, 42-43, 46, | GRANTED |

| | | | |
|---|---|---|---|
| **Filed**/(366-25) | Macdonald, Ex. 18 | 50-53 | |
| 368-3/(368-4) | Motion to Exclude Op. MacDonald | Pages 3-6, 8-10, 14-15, 20 | GRANTED |
| 368-5, 368-6/(368-7) | Rebuttal Expert Report Kyriakakis, Ex. 4 | Pages iii, 14, 20-35, 42-45, 58-59, 103-14, 215-318, 367-82, 402-16, 461 | GRANTED |
| **No Public Version Filed**/(368-8) | Elliott Dep., Ex. 5 | Pages 23, 176-77, 194-201 | GRANTED |
| 368-9/(368-10) | Dave Dep., Ex. 6 | Pages 22-23, 82-88, 125-26, 182, 301-302, 417-21 | GRANTED |
| 368-11/(368-12) | Porter Dep., Ex. 7 | Pages 43-56, 93-94 | GRANTED |
| 368-13/(368-14) | Tan Dep., Ex. 8 | Pages 47, 51, 80-82 | GRANTED |
| 368-15, 368-16/(368-17) | Expert Report Mauro, Ex. 9 | Pages 2-3, 17, 21-27, 34-35, 49-50, 64-68 | GRANTED |
| **No Public Version Filed**/(368-18) | Expert Report Elliott, Ex. 10 | Pages I-47, I-66, I-73-75, I-81-87, I-92-93, I-112-13, I-118-19, I-126-27, II-2, II-41-43, III-34-50, III-94-127, III-175-77, III-208-09 | GRANTED |
| **No Public Version Filed**/(368-19) | Excerpts from Follmer Depo, Ex. 11 | Entire document | DENIED |
| **Entire document sealed**/(368-20) | Ex. 12 | Entire document | GRANTED |
| **No Public Version Filed**/(368-21) | Expert Report MacDonald, Ex. 13 | Pages 4-10, 24-27, 42-43, 46, 50-53 | GRANTED |
| **Entire document sealed**/(368-22) | Ex. 15 | Entire document | GRANTED |
| **No Public Version Filed**/(368-23) | Expert Report Mody, Ex. 16 | Pages 5, 8-31, 36-47 | GRANTED |
| 368-24/(368-25) | Rebuttal Expert Report Simonson, Ex. 17 | Pages 10, 32, 36, 40 | GRANTED |
| 370-3/(370-4) | Motion to Exclude Op. Mody, | Pages 3-16 | GRANTED |
| 370-5, 370-6/(370-26) | Rebuttal Expert Report Kyriakakis, Ex. 4 | Pages iii, 14, 20-35, 42-45, 58-59, 103-14, 215-318, 367-82, 402-16, 461 | GRANTED |
| **No Public Version Filed**/(370-7) | Elliott Dep., Ex. 5 | Pages 23, 176-77, 194-201 | GRANTED |
| 370-8/(370-9) | Dave Dep., Ex. 6 | Pages 22-23, 82-88, 125-26, 182, 301-302, 417-21 | GRANTED |
| 370-10/(370-11) | Porter Dep., Ex. 7 | Pages 43-56, 93-94 | GRANTED |
| 370-12/(370-13) | Tan Dep., Ex. 8 | Pages 47, 51, 80-82 | GRANTED |
| 370-14, 370-15/(370-16) | Expert Report Mauro, Ex. 9 | Pages 2-3, 17, 21-27, 34-35, 49-50, 64-68 | GRANTED |
| **No Public Version Filed**/(370-17) | Expert Report Elliott, Ex. 10 | Pages I-47, I-66, I-73-75, I-81-87, I-92-93, I-112-13, I-118-19, I-126-27, II-2, II-41-43, III-34-50, III-94-127, III-175-77, III- | GRANTED |

| | | 208-09 | |
|---|---|---|---|
| **No Public Version Filed**/(370-18) | Excerpts from Follmer Depo, Ex. 11 | Entire document | DENIED |
| **Entire document sealed**/(370-19) | Ex. 12 | Entire document | GRANTED |
| **No Public Version Filed**/(370-20) | Expert Report Mody, Ex. 13 | Pages 5, 8-31, 36-47 | GRANTED |
| **No Public Version Filed**/(370-21) | Mody Dep., Ex. 14 | Pages 136-48, 201, 237-38 | GRANTED |
| 370-22/(370-23) | Sitar Dep., Ex. 15 | Pages 66, 108, 159-71 | GRANTED |
| 370-24/(370-25) | Jaynes Dep. Ex. 16 | Pages 167, 270-71 | GRANTED |
| 387-3/(387-4) | Opposition to SST's Motion for Partial Summary Judgment | Pages 8, 10, 15, 20, 22 | GRANTED |
| 387-5/(387-6) | Excerpts from Kyriakakis Decl., Ex. 1 | Pages 91-92, 97-98, 310, and 344 | GRANTED |
| **No Public Version Filed**/(387-8) | Excerpt of Elliott Depo., Ex. 2 | Entire document | DENIED |
| **No Public Version Filed**/(387-10) | Excerpt of Elliott Expert Report, Ex. 5 | Entire document | DENIED |
| 414-4/(414-3) | Apple's Reply in support of Motion to Exclude Opinions of Michael Dansky | Page 9, lines 1, 3, 4; note 6 lines 2-4; page 10, lines 1-2 | GRANTED |
| 416-4/(416-3) | Apple's Reply in support of Motion to Exclude Opinions of Erin MacDonald | Page 5, lines 13-15; Page 6, lines 3-4, 9-10, 16-17, and note 3 lines 1-3; Page 7, lines 11- 17 and figure; and Page 10, lines 2-3 | GRANTED |
| **No Public Version Filed**/(416-5) | Excerpts from MacDonald Depo, Ex. 1 | Page 139, lines 4-7 | GRANTED |
| **No Public Version Filed**/(416-7) | Excerpt from MacDonald Report, Ex. 2 | Entire document | DENIED |
| **No Public Version Filed**/(416-9) | Excerpt from Dansky Depo, Ex. 3 | Entire document | DENIED |
| 418-4/(418-3) | Apple's Reply in support of Mot. to Exclude Opinions of Nisha Mody | Page i, heading B; Page 1, lines 7-8, 16-17; Page 2, lines 7-9, 11, 19-24; Page 3, lines 1, 4-14; Page 4, line 15; Page 9, lines 15-16; Page 10, lines 5-6; Page 11, lines 3, 5-7, 9-18, 20-22, note 6 lines 1, 7-8; Page 12, lines 2-4, 6-15, 18-19, 24-25; Page 13, lines 1-4, 14, note 7 lines 1-9, and Page 14, lines 1, 12-15 | GRANTED |
| **No Public Version** | Excerpt from Mody | Page 195, lines 1-10 | GRANTED |

| **Filed**/(418-5) | Depo, Ex. 2 | | |
|---|---|---|---|
| 418-8/(418-7) | Excerpt from Mody Report, Ex. 7 | Pages 522-524 | GRANTED |
| 426-4/(426-3) | Apple's Opposition to SST's Mot. for Leave to Supplement the Expert Report of Dr. Elliott | Page 4, lines 13-17 | GRANTED |
| 426-6/(426-5) | Email chain, Ex. 11 | Pages 2-3, 11-12, 16-18, 22-24, 26-29 | GRANTED |
| 426-8/(426-7) | Excerpts from Elliott Report, Ex. 20 | Page I-73, paragraphs 142-44; Page III-46, paragraph 583; Page III-50, paragraph 588; Page III-119, paragraph 695; Page III-123, paragraphs 702-03; Page III-124, paragraphs 703-04; Page III-125, paragraphs 704-05; Page III-126, paragraph 706; Page III-176, paragraphs 777-78; and Page III-177, paragraph 778 | GRANTED |
| **No Public Version Filed**/(426-9) | Excerpt from Elliott Depo., Ex. 21 | Entire document | DENIED |
| 426-12/(426-11) | Excerpt from Dave Depo., Ex. 24 | Page 101, lines 9-18 and 20-25; and Page 102, lines 2-25 | GRANTED |
| 453-3/(453-4) | Apple's Opposition to Mot. to Strike Report/Testimony of Dr. Kyriakakis | Pages 15-21 | GRANTED |
| 453-5/(453-6) | Excerpts from Kyriakakis Rebuttal Rpt., Ex. 6 | Paragraphs 43-58, 60-61, 450-453, 472-475, 478-480, and 552-554 | GRANTED |
| 453-7/(453-8) | Excerpts from Kyriakakis Depo, Ex. 7 | Pages 34, 338, 339, and 382 | GRANTED |
| **No Public Version Filed**/(453-10) | Excerpt from Elliott Reply Rpt., Ex. 8 | Entire document | DENIED |
| **No Public Version Filed**/(453-12) | Excerpt from SST's Fifth Set of Interrogatories, Ex. 9 | Entire document | DENIED |
| 453-13/(453-14) | Excerpt from Apple's objections/responses to SST's Fifth Set of Interrogatories, Ex. 10 | Page 38 | GRANTED |
| 453-15/(453-16) | Excerpt from Apple's supplemental objections/responses to SST's Fifth Set of Interrogatories, Ex. 11 | Pages 40-41 | GRANTED |
| 453-17/(453-18) | Excerpt from Dave Depo, | Pages 302-307 | GRANTED |

| | | |
|---|---|---|
| | Ex. 12 | |
| 453-19/(453-20) | Excerpt from Wilk Depo., Ex. 13 | Pages 93-98, and 386-389 | GRANTED |
| 453-21/(453-22) | Excerpt from Porter Depo., Ex. 14 | Pages 22 and 210 | GRANTED |
| 453-23/(453-24) | Excerpt from Elliott Rpt., Ex. 15 | Pages III-185 to III-209 | GRANTED |
| **No Public Version Filed**/(453-26) | Excerpt from MacDonald Rpt., Ex. 16 | Pages 4-5, and 42 | GRANTED |
| **No Public Version Filed**/(453-28) | Excerpt from Mody Rpt., Ex. 17 | Pages 10, 15, and 47 | GRANTED` |
| **No Public Version Filed**/(453-30) | Excerpt from Dansky Rpt., Ex. 18 | Pages 16, and 106-108 | GRANTED |
| **No Public Version Filed**/(457-4) | Apple's Opposition to Mot. to Exclude opinions of James Malackowski | Page i, line 11; Page 2, lines 26-27; Page 3, lines 1-8, and 20-27; Page 4, lines 4, and 24-25; Page 5, line 2; Page 6, lines 10-19, and 25-26; Page 7, lines 9, and 14-27; Page 10, line 23; Page 12, lines 6, and 26-27; Page 13, lines 7-10, 12, and 21-25; Page 15, lines 17- 27; Page 16, lines 1-4, and 21-22; and Page 17, lines 1-5; Page i, line 13 to line 14, page 1, line 7 to line 8, page 1, line 17; page 1, line 19; page 4, line 9 to line 16; page 6, line 12 to line 14; page 9, line 15 to line 16; page 16, line 9 to line 10; page 16, line 11 to line 12; page 16, line 21; page 17, line 6; page 17, line 9; page 17, line 15; page 17, line 18 to line 19; page 17, line 21; page 18, line 25 | GRANTED |
| **No Public Version Filed**/(457-6) | Excerpts from Malakowski Rpt., Ex. 1 | Pages 7-8, 28-29, 32-36, 39-40, 46-61, 63-64, and 66-84; page 9, line 11 to line 18; page 9, line 20 to line 26; page 10, line 1 to line 2; page 10, line 6 to line 7; page 10, line 10 to line 23; page 10, line 47 to line 49; page 24, line 36 to line 37; page 25, line 1 to line 3; page 39, line 39 to line 43; page 40, line 9 to line 21; page 40, line 47 to line 48; page 41, line 43 | GRANTED |

| | | | |
|---|---|---|---|
| | | to line 45; page 42, line 1 to line 5; page 42, line 7 to line 8; page 42, line 13 to line 24; page 42, line 39 to line 40; page 42, line 48 to line 50; page 43, line 5; page 43, line 12 to line 36; page 44, line 1 to line 18; page 44, line 28; page 44, line 37; page 44, line 39 to line 40; page 45, line 4 to line 14; page 45, line 18 to line 29; page 45, line 44; page 45, line 48 to line 51; page 46, line 1 to line 25; page 46, line 42 to line 44; page 55, line 37 to line 43; page 59, line 1; page 60, line 21 to line 37; page 61, line 40 to line 41; page 61, line 44; page 62, line 1 to line 2; page 62, line 19; page 63, line 1 to line 3; page 63, line 22 to line 24; page 64, line 30 to line 32; page 65, line 23 to line 24; page 66, line 10 to line 11; page 66, line 16 to line 18; page 67, line 39 to line 44; page 68, line 1 to line 3; and page 79, line 9 to line 10 | |
| **No Public Version Filed**/(457-8) | Excerpts from Mody Rpt., Ex. 2 | Pages 5, 8-31, 36-39, 41, 43, 45-47 ; page 6, line 20 to line 23; page 6, line 27 to line 29; page 31, line 19 to line 23; page 31, line 26 to line 29; page 32, line 1; page 32, line 4 to line 12; page 32, line 32 to line 35; page 33, line 1 to line 10; page 33, line 19 to line 23; page 34, line 1 to line 6; page 34, line 14 to line 23; page 35, line 2 to line 9; page 35, line 13 to line 14; page 35, line 18 to line 28; page 36, line 1 to line 9; page 36, line 34 to line 35; page 39, line 19 to line 29; page 39, line 37 to line 39; page 40, line 1 to line 2; page 40, line 11; and page 40, line 35 to line 37 | GRANTED |
| **No Public Version** | Apple's Opposition to | Page 3, line 16; page 7, lines 1- | GRANTED |

| | | | |
|---|---|---|---|
| **Filed**/(459-4) | Mot. to Strike Portions of Mauro Report | 4, 6-7, 11, and 12-13; page 9, line 10 | |
| 459-5/(459-6) | Mauro Rpt., Ex. 2 | Paragraphs 8, 43, 54-66, 69-70, 79-80, 103, and 137-139 | GRANTED |
| **No Public Version Filed**/(459-8) | Follmer Rpt., Ex. 3 | Pages 35-39, 42-43, 46, 48-51, 53-54, and 56- 58 | GRANTED |
| **No Public Version Filed**/(459-10) | Excerpts from Follmer Depo., Ex. 4 | Entire document | DENIED |
| 459-11/(459-12) | Apple's objections/responses to SST's Fifth Set of Interrogatories, Ex. 5 | Page 38, lines 3-25 | GRANTED |
| 459-13/(459-14) | Apple's supplemental objections/responses to SST's Fifth Set of Interrogatories Ex. 6 | Pages 40, lines 24-27; page 41, lines 1-19 | GRANTED |
| 459-15/(459-16) | Excerpts from Mauro Depo., Ex. 7 | Page 122, lines 14-25; page 123, lines 1-7; page 125, lines 6-10; page 262, lines 8-12; page 270, lines 13-25; page 271, lines 2-9 and 12-13 | GRANTED |
| **No Public Version Filed**/(465-4) | Excerpt from Mody Rpt., Ex. 2 | Pages 18-19, 30, 47, Schedule 2.1, Schedule 2.6, and Schedule 2.7 | GRANTED |
| **No Public Version Filed**/(465-6) | Excerpt from Dansky Depo., Ex. 3 | Entire document | DENIED |
| 488-3/(488-4) | Email, Ex. 2 | Page 2 | GRANTED |
| **No Public Version Filed**/(490-4) | Apple's Opposition to SST's MIL 2 | Page 2, line 5 to line 24; page 2, line 26 to page 3, line 3; and page 4, line 4 to line 13 | GRANTED |
| **No Public Version Filed**/(490-6) | Excerpts from Knight Depo., Ex. 2 | Entire document | DENIED |
| **No Public Version Filed**/(490-8) | SST's Responses/objections to Apple's First Set of Interrogatories, Ex. 3 | Page 3, line 7 to line 26; page 4, line 4; page 4, line 8 to line 28; page 5, line 1 to line 5; page 5, line 13; and page 10, line 5 to line 6 | GRANTED |
| **Entire document sealed**/(490-10) | Email thread, Ex. 4 | Entire document | GRANTED |
| **No Public Version Filed**/(490-12) | Excerpts from Kyriakakis Depo., Ex. 5 | Page 546, line 13 to 15; page 547, line 13 to page 550, line 4; page 550, line 6 to page 551, line 4; page 551, line 10 to page 553, line 1; page 553, line 4 to line 9; page 553, line 13 to line 16; page 553, line 23 to page 554, line 7; page 554, line 11 to 14; and page 554, line 19 to | GRANTED |

| | | 555, line 27 | |
|---|---|---|---|
| 492-3/(492-4) | Apple's Opposition to SST's MIL 3 | Page 2, lines 19 to 21 | GRANTED |
| 494-3/(494-4) | Excerpts from Kyriakakis Rpt., Ex. 1 | Paragraphs 188 and 199 | GRANTED |
| 521-3/(521-4) | Catalyst invoice, B-1 | Pages 1-12, 14-40 | GRANTED |
| 521-5/(521-6) | Impact invoice, B-2 | Pages 1-7 | GRANTED |
| **No Public Version Filed**/(523-4) | Motion for Attorneys' Fees | Pages 17, 19, and 20 | GRANTED |
| 523-7/(523-8) | Apple's supplemental objections/responses to THX's amended second set of interrogatories, Ex. 3 | Pages 11-12, and 18-19 | GRANTED |
| **No Public Version Filed**/(523-10) | Excerpts from Elliott Depo., Ex. 4 | Entire document | DENIED |
| **No Public Version Filed**/(523-12) | Excerpts from Elliott Rpt., Ex. 5 | Paragraphs 388, 567-68, 583, and 654-56 | GRANTED |
| **No Public Version Filed**/(523-14) | Excerpts from Fincham Depo., Ex. 7 | Entire document | DENIED |
| **No Public Version Filed**/(523-16) | Excerpts from Rusitzky Depo., Ex. 9 | Entire document | DENIED |
| **No Public Version Filed**/(523-18) | Excerpts from Ahmad-Taylor Depo., Ex. 10 | Entire document | DENIED |
| 523-19/(523-20) | Email, Ex. 11 | Pages 2-3, and 6-8 | GRANTED |
| **No Public Version Filed**/(523-22) | Fincham Decl., Ex. 12 | Page 2, line 11 to line 15; page 2, line 19 to 25; and page 5, line 21 to line 23 | GRANTED |
| 523-5/(523-6) | Tallon Decl. | Pages 1, 3-6 | GRANTED |
| **No Public Version Filed**/(547-4) | Apple's Reply in support of Mot. for Attorneys' Fees | Entire document | DENIED |

## III. CONCLUSION

For the foregoing reasons, the Court **GRANTS** the following administrative motions to seal:  Dkt Nos. 414, 418, 457, 488, 492, 494, 521.

The Court **GRANTS IN PART** and **DENIES IN PART** the following administrative motions to seal:  Dkt. Nos. 354, 366, 368, 370, 377, 387, 416, 426, 453, 459, 465, 490, 523.

The Court **DENIES** Dkt. No. 547 as not sufficiently narrowly tailored.

For each document listed above indicating that no public version has been filed, the Court **DIRECTS** Apple to file a version of for the public record that reflects the redactions described in the chart above.  With respect to documents or portions of documents for which Apple's motion to

seal has been denied, the Court **DIRECTS** Apple to file a complete version of the document for the public record.

     **IT IS SO ORDERED.**

Dated:  8/17/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge