UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SLOT SPEAKER TECHNOLOGIES, INC., | Case No. 13-cv-01161-HSG |
|---|---|
| Plaintiff, | **ORDER ON PLAINTIFF'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |
| v. | |
| APPLE, INC., | Re: Dkt. Nos. 363, 389, 397, 405, 409, 429, 433, 440, 442, 468, 473, 484, 486, 496, 500, 543 |
| Defendant. | |

Pending before the Court are Plaintiff Slot Speaker Technologies, Inc.'s ("SST") administrative motions to file under seal various documents pursuant to Civil Local Rule 79-5. Dkt. Nos. 363, 389, 397, 405, 409, 429, 433, 440, 442, 468, 473, 484, 486, 496, 500, 543.

## I. LEGAL STANDARD

Courts generally apply a "compelling reasons" standard when considering motions to seal documents. *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010) (quoting *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006)). "This standard derives from the common law right 'to inspect and copy public records and documents, including judicial records and documents.'" *Id.* (quoting *Kamakana*, 447 F.3d at 1178). "[A] strong presumption in favor of access is the starting point." *Kamakana*, 447 F.3d at 1178 (quotation omitted). To overcome this strong presumption, the party seeking to seal a judicial record attached to a dispositive motion must "articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process" and "significant public events." *Id.* at 1178-79 (quotation omitted). "In general, 'compelling reasons' sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such 'court files might have

become a vehicle for improper purposes,' such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Id.* at 1179 (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)). "The mere fact that the production of records may lead to a litigant's embarrassment, incrimination, or exposure to further litigation will not, without more, compel the court to seal its records." *Id.*

The Court must "balance[] the competing interests of the public and the party who seeks to keep certain judicial records secret. After considering these interests, if the court decides to seal certain judicial records, it must base its decision on a compelling reason and articulate the factual basis for its ruling, without relying on hypothesis or conjecture." *Id.* Civil Local Rule 79-5 supplements the compelling reasons standard set forth in *Kamakana*: the party seeking to file a document or portions of it under seal must "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law . . . The request must be narrowly tailored to seek sealing only of sealable material." Civil L.R. 79-5(b).

Records attached to nondispositive motions, however, are not subject to the strong presumption of access. *See Kamakana*, 447 F.3d at 1179. Because such records "are often unrelated, or only tangentially related, to the underlying cause of action," parties moving to seal must meet the lower "good cause" standard of Rule 26(c) of the Federal Rules of Civil Procedure. *Id.* at 1179-80 (quotation omitted). This requires only a "particularized showing" that "specific prejudice or harm will result" if the information is disclosed. *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002); *see also* Fed. R. Civ. P. 26(c). "Broad allegations of harm, unsubstantiated by specific examples of articulated reasoning" will not suffice. *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992) (quotation omitted).

**II. DISCUSSION**

SST's various documents and portions of documents are more than tangentially related to the underlying cause of action, and the Court therefore applies the "compelling reasons" standard. SST has provided a compelling interest in sealing portions of the various documents listed below because they contain confidential business and financial information relating to the operations and

2

products of SST, Defendant Apple, Inc. ("Apple"), and/or third parties. *See Apple Inc. v. Samsung Elecs. Co., Ltd.*, No. 11-CV-01846-LHK, 2012 WL 6115623 (N.D. Cal. Dec. 10, 2012); *see also Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011); *Linex Techs., Inc. v. Hewlett-Packard Co.*, No. C 13-159 CW, 2014 WL 6901744 (N.D. Cal. Dec. 8, 2014) (holding sensitive financial information falls within the class of documents that may be filed under seal). SST has identified portions of the unredacted versions of Motions and exhibits as containing confidential business information; the Court finds this to be a sufficiently compelling reason to grant the below-indicated portions under seal.

For other documents listed below, SST has failed to narrowly tailor the redactions to confidential business information relating to SST and/or Apple products and business methods.[1] SST requests the following portions of the various documents be sealed:

| Docket Number Public/(Sealed) | Document | Portions Sought to be Sealed | Ruling |
|---|---|---|---|
| **No Public Version Filed**/(363-2) | SST's Motion for Partial Summary Judgment | Page 9 at lines 3–11, 13–14, 21, and 26–27; Page 10 at lines 1,2, and 26 | GRANTED |
| **No Public Version Filed**/(363-3–363-7) | Excerpts from Kyriakakis Rpt., Ex. 2 | Page 154 at last line; Page 155 at lines 1–4; Page 159 at last 4 lines; Page 163 at lines 11–14; Paragraphs 199, 590, 701, 1040, 1041, 1144–1145, 1248, and 1322 | GRANTED |
| **Entire document sealed**/(363-8) | Microsoft Data, Ex. 3 | Entire document | GRANTED |
| **No Public Version Filed**/(363-9) | Excerpts from Dr. Elliott Reply Rpt., Ex. 4 | Paragraph 126 | GRANTED |
| **No Public Version Filed**/(363-10) | Kyriakakis Depo., Ex. 5 | Pages 58–63; Pages 83–84 | GRANTED |
| **No Public Version Filed**/(363-11) | Excerpts from Kyriakakis Rebuttal Rpt., Ex. 6 | Pages 331–332; Pages 345–346 | GRANTED |
| **No Public Version Filed**/(389-2) | SST's Opposition to Apple's Motion to Strike Opinions of Dr. Elliott | Page 4, lines 25 to 27; and page 21, lines 4 to 5 | GRANTED |

---

[1] A number of SST's proposed redactions indicate contingency upon Apple filing a declaration in support of those portions sought to be redacted. As evidenced in the chart, the Court DENIES the sealing of documents relating to Apple CBI for which neither SST nor Apple has provided support.

3

| | | | |
|---|---|---|---|
| **No Public Version Filed**/(394-1) | Email thread, Ex. 2 | Page 2, lines 31-36; page 3, lines 1-4, 17, 30-36; page 4, lines 3, 7, 9, 12; page 5, lines 1-16; page 6, lines 30-38; page 8, lines 18-20 | GRANTED |
| **No Public Version Filed**/(389-4) | Apple's supplemental objections/responses to THX's amended second set of interrogatories, Ex. 3 | Page 11, lines 5 to 7, 10 to 11, 13, and 17 to 25; page 12, lines 1 to 10; page 18, line 21; and page 19, line 1 and 16 to 18 | GRANTED |
| **No Public Version Filed**/(389-5) | SST's objections/responses to Apple's corrected first set of RFAs, Ex. 4 | Entire document | DENIED |
| **No Public Version Filed**/(389-6) | Excerpts from Elliott Rpt., Ex. 5 | Paragraphs 97 to 101, 156 to 164, 388, 405 to 407, 409(a), 414, 559 to 560, 562, 564, 567 to 568, 576, 580, 583, 588, 642 to 644, 645, 651, 654 to 656, 659 to 661, 663 to 664, 672, 674 to 675, 677, 680, 687, 688, 690 to 691, 692 to 695, 697, and 701 to 706, and 709 to 715 | GRANTED |
| **No Public Version Filed**/(389-7) | Excerpts from Kyriakakis Rpt., Ex. 6 | Entire document | DENIED |
| **No Public Version Filed**/(389-8) | Apple's supplemental objections/responses to SST's amended second set of interrogatories, Ex. 7 | Page 11, lines 9 to 11, 14 to 15, 17, and 21 to 26; page 12, lines 1 to 2, and 6 to 16; page 18, line 27; page 19, lines 7, and 22 to 24; page 42, lines 7 to 9, 12 to 14, 16, and 20 to 27; page 43, lines 5 to 13; page 51, lines 12 and 19; page 76, lines 3 to 5, 8 to 10, and 16 to 23; page 77, lines 1 to 9; page 85, line 21; page 86, line 1; page 111, lines 19 to 21, and 24 to 27; page 112, lines 1, 5 to 12, and 17 to 25; page 121, lines 12 and 19; page 148, line 16 to page 150, line 17; page 153, lines 17 to 19, and 23 to 25; page 154, lines 3 to 7; page 191, line 27 to page 192, line 4 | GRANTED |
| **No Public Version Filed**/(389-9) | Excerpts from Elliott Depo., Ex. 8 | Entire document | DENIED |
| **No Public Version Filed**/(389-10) | Excerpts from Elliott Reply Rpt., Ex. 9 | Entire document | DENIED |
| **No Public Version Filed**/(397-31) | SST's Opposition to Apple's Mot. to Exclude Opinions of Mody, Ex. | Page 4, lines 14-19; page 5, lines 1-5, 7-9, 14, 15, 16, 21, 23, 26; page 6, lines 5, 11, 12, 15, 16, 19- | GRANTED |

| | | | |
|---|---|---|---|
| | 16 | 20, 22; page 7, line 28; page 11, lines 12-13, 19-26; page 12, lines 1-25, 27-28; page 13, lines 1-2; and page 16, lines 7, 8, 9, 10, 11, 12; page 11, lines 11-12, 18-26, page 12, lines 1-21, 22-24, 26-28, page 13, lines 1-2, page 14, lines 11-13, 19-21, page 15, lines 18-23, and page 16, lines 7-12 | |
| **No Public Version Filed**/(397-41) | SST's Opposition to Apple's Mot. to Exclude Opinions of Dansky, Ex. 20 | Page 2, lines 15- 20; page 4, lines 17-26; page 14, line 4; and page 23, lines 4-5, 8-9, 9-13, 13-15, and 16-17; page 3, line 3; page 5, lines 4, 23-24; page 6, line 8, 12; page 7, line 14; and page 17, line 23 | GRANTED |
| **No Public Version Filed**/(397-43) | SST's Opposition to Apple's Mot. to Exclude Opinions of MacDonald, Ex. 21 | Page 1, lines 15-17; page 5, lines 24-26, 26-28; page 6, lines 1-2, 3-4, 6-8, 12-14, 18- 19; 20-21, 22-23, 24-26, 27-28; page 7, lines 3-7, 21-22, 22-26; page 19, line 25; page 20, lines 1-2; and page 21, lines 19-22; page 8, line 19; page 12, lines 23-27, 28; page 13, lines 1, 16-17 | GRANTED |
| **No Public Version Filed**/(397-3) | Apple's supplemental objections/responses to SST's Fifth set of interrogatories, Ex. 1 | Page 9, lines 9-26; page 10, lines 1-26; and page 11, lines 1-2; page 40, lines 19-20, 26-27; page 41, lines 1-19; and page 44, lines 9-17 | GRANTED |
| **No Public Version Filed**/(397-5) | Excerpts from Elliott Rpt., Ex. 2 | Paragraphs 40, 41, 46, 48, 97-101, 126, 130-146, 154-165, 168, heading above 173, 175-176, 183-185, 191-201, 204, 205, 212, 213, 217, 224-226, 228, 236-237, 302, 313-314, 327, 330-331, 336-339, 351-353, 362, 364, 709-711, 795-799, 801-805, 807, 810- 813, 822, 824-827, 829-830<br>Pages I-21, paragraph 40; page I-22, paragraph 41; page I-24, paragraphs 46, 48; page I-25, paragraph 48; page I44, paragraphs 97-98; page I-45, paragraphs 98-99; page I-46, paragraphs 99-101; page I-47, paragraph 101; page I-63, paragraph 126; page I-64, paragraph 126; page I-66, paragraphs 130-31; page I-67, | GRANTED |

paragraphs 131-33; page I-68, paragraphs 133-35; page I-69, paragraphs 135- 36; page I-70, paragraphs 136-398; page I-71, paragraphs 139-41; page I-72, paragraphs 141-42; page I-73, paragraphs 142-44; page I-74, paragraphs 144-45; page I-75, paragraphs 145-45; page I-81, paragraphs 154-55; page I-82, paragraphs 155-56; page I83, paragraphs 156-58; page I-84, paragraphs 158-61; page I-85, paragraphs 162-64; page I-86, paragraph 165; page I-87, paragraph 168; page I-91, subheading A; page I-92, paragraph 175; page I-93, paragraphs 175-76; page I-98, paragraphs 182-84; page I99, paragraphs 184-85; page I-103, paragraph 191; page I-104, paragraphs 191-92; page I-105, paragraphs 193-95; page I-109, paragraph 199; page I-110, paragraphs 199-201; page I-112, paragraphs 204-05; page I-118, paragraph 212; page I-119, paragraphs 212-13; page I-121, paragraph 217; page I-122, paragraphs 217; page I-126, paragraph 224; page I-127, paragraphs 224-25; page I-128, paragraphs 226, 228; page I-132, paragraph 236; page I-133, paragraphs 236-37; page II-2, paragraph 302; page II-7, paragraph 313; page II8, paragraphs 313-14; page II-16, paragraph 327; page II-18, paragraphs 330-31; page II-21, paragraph 336; page II-22, paragraph 336; page II-23, paragraph 339; page II-30, paragraphs 351-52; page II-31, paragraphs 352-53; page II-37, paragraph 362; page II-38, paragraphs 362, 364; page III-127,

| | | | |
|---|---|---|---|
| | | paragraphs 709-10; page III-128, paragraph 711; page III-185, paragraph 795; page III-186, paragraphs 795-96; page III-187, paragraphs 796-97; page III-188, paragraphs 797-98; page III-189, paragraphs 798-99; page III-190, paragraph 801; page III-191, paragraphs 802-03; page III-192, paragraphs 803-04; page III-193, paragraph 805; page III-194, paragraph 807; page III-196, paragraph 810; page III-197, paragraph 810; page III-198, paragraph 811; page III-199, paragraphs 811-12; page III-200, paragraph 813; page III-205, paragraph 822; page III-206, paragraph 822; page III-207, paragraph 824; page III-208, paragraphs 825-26; page III-209, paragraphs 826-27; and page III-210, paragraphs 829-30 | |
| **No Public Version Filed**/(397-7) | Excerpts from Dansky Depo., Ex. 3 | Entire document | DENIED |
| **No Public Version Filed**/(397-9) | Excerpts from Sitar Depo., Ex. 4 | Page 34, lines 7-25; page 35, lines 2-24; page 36, lines 2-3; page 37, lines 22-25; page 38, lines 2-7; page 39, lines 15-25; page 40, lines 2-20, 22-25; page 41, lines 2-12, 15-25; page 42, lines 2-12, 15-24; page 43, lines 2-25; page 44, lines 2-25; page 45, lines 2-11, 13-25; page 66, lines 2-13, 18-25; page 67, lines 2-25; page 68, lines 2-25; page 69, lines 2-25; and page 70, lines 2-25 | GRANTED |
| **No Public Version Filed**/(397-11) | Apple's amended and supplemental objections/responses to SST's first set of interrogatories, Ex. 5 | Entire document | DENIED |
| **No Public Version Filed**/(397-13) | Excerpts from Mewes Depo., Ex. 6 | Page 27, lines 2-25; page 28, lines 2-25; page 29, lines 2-25; page 42, lines 2-25; page 43, lines 2-25; page 44, lines 2-25; and page 45, lines 2-12 | GRANTED |
| **No Public Version** | Excerpts from | Pages 39-40 and 57-61 | GRANTED |

| | | | |
|---|---|---|---|
| **Filed**/(397-15) | Malackowski Rebuttal Rpt., Ex. 7 | | |
| **No Public Version Filed**/(397-17) | Excerpts from Malackowski Depo., Ex. 8 | Page 69, line 25; page 81, lines 9-12, 22-23; page 82, line 23; and page 83, lines 17- 19 | GRANTED |
| **No Public Version Filed**/(397-19) | Apple's supplemental objections/responses to SST's third set of interrogatories, Ex. 9 | Page 7, lines 17-26; page 8, lines 1-27; page 9, lines 1-27; page 10, lines 1-15, 16-21, 23-27; page 11, lines 1-22, 24-27; page 12, lines 1-4, 6-15, 17-27; and page 13, lines 1-10 | GRANTED |
| **No Public Version Filed**/(397-21) | Apple's supplemental objections/responses to SST's amended second set of interrogatories, Ex. 10 | Page 148, lines 3-27; page 149, lines 1-27; page 150, line 1; and page 153, lines 9- 10, 15-17 | GRANTED |
| **No Public Version Filed**/(397-23) | Excerpts from Porter Depo., Ex. 11 | Page 46, lines 1-25; page 47, lines 1-25; page 48, lines 1-25; page 49, lines 1-25; page 55, lines 1-25; page 56, lines 1-25; page 57, lines 1-25; page 58, lines 1-25; page 59, lines 1-16, 18-21, 23-25; page 60, lines 1-25; page 62, lines 1-25; page 63, lines 1-25; page 64, lines 1-16, 18-23, 25; page 65, lines 1-21, 23-25; page 66, lines 1-2, 4-25; page 67, lines 1-6, 8-12, 14-25; page 68, lines 1-25; page 69, lines 1-25; page 70, lines 1-25; page 71, lines 1-25; page 212, lines 1-12, 14-15, 17-25; page 213, lines 1-4, 6, 8-10, 12-15, 17, 19-21, 23-25; page 214, lines 1-25; page 215, lines 1-8, 10-11, 13-14, 16-20, 22-23, 25; page 216, lines 1-2, 4-6, 8-9, 11-18, 20-24; page 217, lines 2-12, 14-16, 18, 20-22, 24-25; page 218, lines 1-8, 10-11, 13-25; page 222, lines 1-7, 10-25; page 223, lines 1-11, 14-22, 24-25; page 224, lines 2-4, 6-11, 13-15, 17-18, 20-24; page 225, lines 1-3, 5-10, 12-15, 17-25; page 226, lines 1-5, 8-18, 20-25; page 235, lines 1, 3-19, 21-23, 25; page 236, lines 1-4, 6-9, 11-22, 24-25; page 237, lines 1-4, 6-8, 10- 11, 13-17, 19-24; page 238, lines 2-4, | GRANTED |

| | | 6, 8-9, 11-25; page 241, lines 1-25; and page 242, lines 1- 25 | |
|---|---|---|---|
| **No Public Version Filed**/(397-25) | Excerpts from Wilk Depo., Ex. 12 | Page 5, line 13; page 6, lines 4, 7-8, 11-12; page 70, lines 2-17, 18-21, 23-25; page 71, lines 2-16, 18, 20-25; page 72, lines 2-19; page 73, lines 16-25; page 92, lines 3-14, 16, 18-25; page 93, lines 2-25; page 94, lines 2-16, 18-21, 23-25; page 25, lines 2, 4-5, 7-14, 16-17, 19-25; page 96, lines 2-12, 14, 16-18, 20-23, 25; page 97, lines 2-4, 6-9, 11-14, 16-17, 19-25; and page 98, lines 2-8, 10-11, 13-22, 24-25 | GRANTED |
| **No Public Version Filed**/(397-27) | Excerpts from Dave Depo., Ex. 13 | Page 5, lines 13, 16, 19; page 6, lines 7, 10, 23; page 7, lines 19-20; page 60, lines 4-25; page 61, lines 2-9, 11-18, 20-21, 23-25; page 62, lines 2-24; page 63, lines 3-13, 15-24; page 64, lines 2-25; page 65, lines 2-20; page 66, lines 11-25; page 67, lines 2-12, 14-25; page 359, lines 2-25; page 360, lines 3-25; and page 361, lines 2-13, 15-25 | GRANTED |
| **No Public Version Filed**/(397-29) | Excerpts from Mihelich Depo., Ex. 14 | Page 6, line 22; page 7, lines 13, 18; page 8, line 5; page 102, lines 2- 18, 21-25; page 103, lines 2-9, 11-12, 14-23; page 104, lines 3-25; page 180, lines 2-25; page 181, lines 2-25; page 182, lines 2-25; page 183, lines 2-25; page 184, lines 2-25; page 185, lines 2-25; page 186, lines 2-5, 15-25; page 187, lines 2-25; page 188, lines 2-25; page 189, lines 2-25; page 395, lines 2-9, 11-25; page 396, lines 2-25; page 397, lines 2-3; page 399, lines 17-25; page 400, lines 2-7, 20-25; page 401, lines 2-4, 6-7, 9-18, 20-25; page 402, lines 3-25; and page 403, lines 2-4, 5-21 | GRANTED |
| **No Public Version Filed**/(397-31) | Excerpts from Kyriakakis Rebuttal Rpt., Ex. 15 | Page 460, paragraph 552; page 461, paragraph 553; and page 462, paragraph 554 | GRANTED |
| **No Public Version Filed**/(397-35) | Excerpts from MacDonald Depo., Ex. | Entire document | DENIED |

9

United States District Court
Northern District of California

| | | 17 | |
|---|---|---|---|
| **No Public Version Filed**/(397-37) | Excerpts from Simonson Depo., Ex. 18 | Page 212, lines 22-23 | GRANTED |
| **No Public Version Filed**/(397-39) | iPhone slide deck, Ex. 19 | page APL-THX_0000053357 | GRANTED |
| **No Public Version Filed**/(397-45) | Excerpts from Simonson Rebuttal Rpt., Ex. 22 | Entire document | DENIED |
| 405-3/(405-4) | SST's Reply in Support of its Motion for Partial Summary Judgment | Portions of pages 1, 7-8, 13 | GRANTED |
| **No Public Version Filed**/(405-5) | Excerpts from Elliott Reply Rpt., Ex. B | Entire document | DENIED |
| **No Public Version Filed**/(405-6) | Excerpts from Kyriakakis Rebuttal Rpt., Ex. C | Entire document | DENIED |
| **No Public Version Filed**/(409-3) | SST's Mot. for Leave to Supplement Elliott Rpt., Ex. A | Page 2, lines 1-6; page 9, lines 2-3, 8-11, 14-15; and page 11, lines 7-9 | GRANTED |
| **No Public Version Filed**/(409-4) | Rodamaker Decl., Ex. B | Entire document | DENIED |
| **No Public Version Filed**/(409-5) | Koppenhoeffer Decl., Ex. C | Entire document | DENIED |
| **No Public Version Filed**/(409-6) | Supplemental Elliott Rpt., Ex. D | Paragraphs 14, 17, 23-27, 34, 36, and 39 | GRANTED |
| **No Public Version Filed**/(409-7) | Excerpts from Elliott Rpt., Ex. E | Table of Contents subheadings I, L, M and paragraphs 388, 405-407, 409 subheading "a," 414, 417, and 419-420 | GRANTED |
| **No Public Version Filed**/(409-8) | Email, Ex. F | Entire document | DENIED |
| **No Public Version Filed**/(409-9) | Email, Ex. G | Entire document | DENIED |
| **No Public Version Filed**/(409-10) | Email, Ex. H | Entire document | DENIED |
| **No Public Version Filed**/(409-11) | Email, Ex. I | Entire document | DENIED |
| **No Public Version Filed**/(409-12) | Email, Ex. J | Entire document | DENIED |
| **No Public Version Filed**/(409-13) | Email, Ex. K | Entire document | DENIED |
| **No Public Version Filed**/(409-14) | Email, Ex. L | Page 1 | GRANTED |
| **No Public Version Filed**/(409-15) | Email, Ex. M | Entire document | DENIED |
| **No Public Version Filed**/(409-16) | Email, Ex. N | Pages 2-3, 6, and 7-8 | GRANTED |
| **No Public Version Filed**/(409-17) | Email, Ex. O | Entire document | DENIED |

| | | | |
|---|---|---|---|
| **No Public Version Filed**/(409-18) | Excerpts from Dave Depo., Ex. P | Page 34, line 2 through page 37, line 22, and page 37, line 24 | GRANTED |
| **No Public Version Filed**/(409-19) | Email, Ex. Q | Pages 1 and 2 | GRANTED |
| **No Public Version Filed**/(409-20) | Excerpts from Wilk Depo., Ex. R | Page 32, line 2 through page 42, line 16; page 42, lines 18-21; page 42 line 23 through page 44, line 23; page 44, line 25; page 53, line 2 through page 54, line 17; page 54, lines 19-20; page 54, line 22 through page 56, line 25; page 158, line 2 through page 160, line 25; page 223, line 2; page 223, line 4 through page 224, line 25; and page 324, line 2 through page 325, line 25 | GRANTED |
| **No Public Version Filed**/(409-21) | Email, Ex. S | Page 1 | GRANTED |
| **No Public Version Filed**/(409-22) | Email, Ex. T | Entire document | DENIED |
| **No Public Version Filed**/(409-23) | Email, Ex. U | Entire document | DENIED |
| **No Public Version Filed**/(429-2) | SST's Reply in Support of Mot. for Leave to Supplement Elliott Rpt., Ex. 1 | Page 2, lines 19-21; page 5, lines 27-28; and page 10, lines 10-12 | GRANTED |
| **No Public Version Filed**/(429-3) | Email, Ex. 2 | Entire document | DENIED |
| **No Public Version Filed**/(433-3) | SST's Motion to Strike Portions of Kyriakakis Report, Ex. 1 | Page 16, lines 23-27; and page 18, lines 4-7 and 20-23 | GRANTED |
| **No Public Version Filed**/(433-4) | Kyriakakis Rpt., Ex. 2 | Paragraphs 587, 698, 917, and 1143 | GRANTED |
| **No Public Version Filed**/(433-5) | Excerpts from Kyriakakis Rebuttal Rpt., Ex. 3 | Page 415, paragraph 475, page 460, paragraph 552, page 461, paragraph 553, and page 462, paragraph 554 | GRANTED |
| **No Public Version Filed**/(433-6) | Excerpts from Kyriakakis Depo., Ex. 4 | Page 198, lines 23-25; page 326, line 16-25; page 327, lines 1-6 and 9-25; page 328, lines 1-6; page 329, line 25; page 330, lines 1-11 and 16-20; page 332, lines 5-15; page 334, lines 8-25; page 335, lines 6-10 and 14-25; page 336, lines 1-25; page 337, lines 1-25; page 338, lines 1-13; page 339, lines 15- 22; page 344, lines 6-9 and 22-23; page 345, lines 19-25; | GRANTED |

| | | page 346, lines 1-5; page 347, line 1; page 348, lines 1-25; page 349, lines 1-18; page 350, lines 6-25; page 351, lines 1-11 and 23-25; page 352, lines 1-25; page 353, lines 1-25; page 354, lines 1-25; page 355, lines 1-25, page 356, lines 1-20 and 21-25; page 357, lines 2-25; page 358, lines 1-9; page 380, lines 24-25; page 381, lines 1-25; page 382, lines 1-25; page 383, lines 1-23; page 386, lines 19-25; page 387, lines 1- 15; page 388, lines 5-25; and page 389, lines 1-25 | |
|---|---|---|---|
| **No Public Version Filed**/(440-3) | SST's Mot. to Strike Portions of Mauro Rpt., Ex. 1 | Page 2, lines 12-14; page 3, lines 26-28; page 4, lines 1-8; page 9, lines 5-6; page 10, lines 7-9; and page 11, lines 9-11, and 14-15 | GRANTED |
| **No Public Version Filed**/(440-4) | Excerpts from Mauro Rpt., Ex. 2 | Entire document | DENIED |
| **No Public Version Filed**/(440-5) | Excerpts from Follmer Rpt., Ex. 3 | Pages 42-43, 49- 51, and 56-58 | GRANTED |
| **No Public Version Filed**/(440-6) | Excerpts from Mauro Depo., Ex. 4 | Page 262, lines 8-12; page 270, lines 13-25; and page 271, lines 2-10, and 12-13 | GRANTED |
| **No Public Version Filed**/(440-7) | Excerpts from Porter Depo., Ex. 5 | Page 12, lines 1-25; page 13, lines 1-25; page 14, lines 1-25; page 209, lines 5-25; page 210, lines 1-3, 5-7, and 9-25; page 211, lines 1-25; page 212, lines 1-12, 14-15, and 17-25; page 213, lines 1-4, 6, 8-10, 12-15, 17, 19-21, and 23-25; page 214, lines 1-25; page 215, lines 1-8, 10-11, 13-14, 16-20, 22-23, and 25; page 223, lines 1-11, 14-22, and 24-25; page 224, lines 2-4, 6-11, 13-15, 17-18, and 20-24; page 225, lines 1-3, 5-10, 12-15, and 17-25; and page 226, lines 1-5, 8-14, 16-18, and 20-25 | GRANTED |
| **No Public Version Filed**/(440-8) | Excerpts from Wilk Depo., Ex. 6 | Page 91, lines 2-22 and 24; page 92, lines 3-14, 16, and 18-25; page 93, lines 2-25; and page 94, lines 2-16, 18-21, and 23-25 | GRANTED |
| **No Public Version Filed**/(442-3) | SST's Mot. to Exclude Opinions of Malackowski, Ex. 1 | Page i, lines 9-10; page 2, line 4; page 3, lines 14, and 19-25; page 4, lines 1-25; page 5, lines 1-28; | GRANTED |

| | | page 6, lines 1, 6-8, and 10-15; page 7, lines 7-16, and 28; page 8, lines 1-6, 11, and 18-28; page 9, lines 1-5, 13-14, 20-21, and 26-27; page 10, lines 1-12, and 18-23; page 11, lines 14-17, 20-22, and 27; and page 12, lines 1-3 | |
|---|---|---|---|
| **No Public Version Filed**/(442-4) | Malackowski Rebuttal Rpt., Ex. 2 | Pages 40, 46-61, 63-64, and 66-84; page 38, line 5; page 39, line 39 to line 43; page 41, line 43 to 45; page 42, line 1 to line 29; page 42, line 45 to 46; page 42, line 54 to 55; page 43, line 1 to line 34; page 44, line 1 to 19; page 44, line 37; page 44, line 39 to 40; page 45, line 4 to line 24; page 45, line 28; page 45, line 36 to 39; page 62, line 1 to 2; page 62, line 19; page 64, line 30 to 32; page 65, line 23 to 24; | GRANTED |
| **Entire document sealed** /(442-5) | Patent license agreement, Ex. 3 | Entire document | GRANTED |
| **Entire document sealed** /(442-6) | Patent purchase agreement, Ex. 4 | Entire document | GRANTED |
| **Entire document sealed** /(442-7) | Patent purchase agreement, Ex. 5 | Entire document | GRANTED |
| **No Public Version Filed**/(442-8) | Excerpts from Mewes Depo., Ex. 6 | Page 111, lines 19-21; page 112, lines 4-12, and 20-25; page 113, lines 2-25; page 114, lines 9-17, and 19-25; page 115, lines 2-8, 13-17, and 23-25; page 116, lines 2-25; page 117, lines 2, 6-9, and 21-23; and page 118, lines 6-23 | GRANTED |
| **Entire document sealed**/(442-9) | SST agreement with Razer, Ex. 7 | Entire document | GRANTED |
| **Entire document sealed**/(442-10) | SST agreement with Razer, Ex. 8 | Entire document | GRANTED |
| **No Public Version Filed**/(442-11) | Excerpts from Malackowski Depo., Ex. 9 | Page 167 line 6 to line 21; page 167, line 25 to page 168, line 25; page 169, line 6 to page 170, line 22; page 171, line 2 to line 9; page 88, line 13; page 89, lines 9-11, 14-16, 18, and 21-14; page 90, lines 2-25; page 91, lines 2-5; page 122, lines 2-9, 12-14, and 16-25; page 123, lines 2-25; page 125, lines 16-18, and 22-24; page 126, lines 2-15, and 18-25; page 127, | GRANTED |

13

| | | lines 2-12, 14-19, and 23; page 165, lines 11, 17, and 21-25; page 166, lines 2-25; page 182, lines 6-25; page 183, lines 2-7, 10- 11, and 13-25; and page 184, lines 2-10 | |
|---|---|---|---|
| **No Public Version Filed**/(442-12) | Excerpts from Kyriakakis Rebuttal Rpt., Ex. 10 | Page 462, paragraph 554; page 464, heading A, and paragraphs 561-64; page 465, heading B, and paragraphs 565-69; page 466, paragraphs 571-73; page 467, heading C, and paragraphs 574-77; page 468, paragraphs 577-79; page 469, heading D, and paragraphs 579-82; page 470, heading E, and paragraphs 583-87; page 471, paragraphs 588-92; page 472, heading F, and paragraphs 592-96; page 473, heading G, and paragraphs 596-99; page 474, paragraphs 600-03; page 475, heading H, and paragraphs 603-08; and page 476, paragraphs 608-09 | GRANTED |
| **No Public Version Filed**/(468-3) | SST's MIL 1, Ex. 1 | Entire document | DENIED |
| **No Public Version Filed**/(468-4) | Apple's supplemental objections/responses to SST's seventh set of interrogatories, Ex. 2 | Entire document | DENIED |
| 468-5/(468-6) | Email , Ex. 3 | Page 1, line 23 to line 24 | GRANTED |
| **No Public Version Filed**/(468-7) | Excerpts from Tan Depo., Ex. 4 | Page 86, lines 2-25; page 87, lines 19-25; page 88, lines 2-25; page 105, lines 2-5 and 7-25; and page 106, lines 2-13, 15-16, and 19-22 | GRANTED |
| **No Public Version Filed**/(468-8) | Excerpts from Iuliis Depo., Ex. 5 | Page 48, lines 10-25; page 85, lines 2-5; page 87, lines 5-25; page 130, lines 2-25; page 131, line 2-6 and 15- 25; page 132, lines 2-25; page 177, lines 2-25; page 178, lines 3-13; page 179, lines 15-25; page 195, lines 2-25; page 196, lines 2-10 and 19-25; and page 197, lines 2-3 | GRANTED |
| **No Public Version Filed**/(468-9) | Excerpts from Mihelich Depo., Ex. 6 | Page 395, lines 2-9 and 11-25; page 396, lines 2-25; page 397, lines 2-3; page 400, lines 20-25; page 401, lines 2-4, 6-7, 9-18, and | GRANTED |

14

| | | | |
|---|---|---|---|
| | | 20-25; and page 427, lines 2-5 | |
| **No Public Version Filed**/(468-10) | Excerpts from Porter Depo., Ex. 7 | Page 252, lines 1-6 and 8-21; and page 255, lines 8-25 | GRANTED |
| **No Public Version Filed**/(468-11) | Excerpts from Dave Depo., Ex. 8 | Entire document | DENIED |
| **No Public Version Filed**/(473-3) | SST's Reply in Support of Mot. to Strike Kyriakakis Rpt., Ex. 1 | Page 5 at lines 13-25; page 6 at lines 1, 12-13, 15, 17-18, 23- 28; page 7 at lines 1-7, 16; page 8 at lines 2-4, 28; page 10 at lines 1-10, 17-19, 21, 23-26; page 11 at lines 7-11, 13-15, 17-19, 28; page 12 at lines 1-2, 4-5, 9-13, 21, 28; page 13 at lines 6-7 | GRANTED |
| **No Public Version Filed**/(473-4) | Apple's supplemental objections/responses to SST's amended second set of interrogatories, Ex. 2 | Entire document | DENIED |
| **No Public Version Filed**/(473-5) | Apple's supplemental objections/responses to SST's amended second set of interrogatories, Ex. 3 | Page 11, lines 9-10, 14-15, 17, and 21-25; page 12, lines 6 and 11; page 19, line 7; page 42, lines 7-9, 12-14, 16, and 20-24; page 43, lines 5 and 9; page 51, lines 12 and 19; page 76, lines 3-5, 8-10, 12, and 16-20; page 77, lines 1 and 5; page 85, line 21; page 86, line 1; page 111, lines 19-21 and 24-26; page 112, lines 1, 5-9, 17, and 21; page 121, lines 12 and 19; page 148, lines 17-22 and 24-26; page 149, lines 1-27; page 150, lines 1-17; and page 153, lines 24-25 | GRANTED |
| **No Public Version Filed**/(473-6) | Excerpts from Elliott Rpt., Ex. 4 | Paragraph 795, lines 1-2, 5-20, and 22-23; paragraph 796, lines 1 and 4-6; paragraph 797, lines 1-5 and 18-20; paragraph 798, lines 1-7; paragraph 799, lines 5-15; paragraph 800, lines 1-11; subheading B.1; paragraph 801, lines 1-9; paragraph 802, lines 1-13; paragraph 803, lines 1-12; paragraph 804, lines 1-13; paragraph 805, lines 1-13; paragraph 807, lines 1-15; subheading B.2; page III-196, lines 1-2; subheading B.3; paragraph 809, lines 1-10; | GRANTED |

| | | | |
|---|---|---|---|
| | | paragraph 810, lines 1-4, 6-9, and 11-18; subheading B.4; paragraph 811, lines 1-22 and 24-28; subheading B.5; paragraph 812, lines 1-7 and 9-12; subheading B.6; paragraph 813, lines 1-16; subheading B.7; paragraph 814, lines 1-2 and 4-5; paragraph 821, lines 1-7; paragraph 822, lines 1-2, 4-9, 11-30, and 32-33; and paragraph 827, lines 1-3 and 7-8 | |
| **No Public Version Filed**/(484-4) | SST's Reply in Support of Mot. to Strike Portions of Mauro Rpt., Ex. 1 | Page 2, lines 25 to 26, page 6, lines 22 to 24, and page 7, lines 17 to 20 | GRANTED |
| **No Public Version Filed**/(484-5) | Excerpts from Mauro Depo., Ex. 2 | Page 252, lines 5 to 8, 11 to 23, and 25, page 253, lines 2 to 4, and 5 to 25, page 254, lines 2 to 7, and 9, page 262, lines 8 to 12, page 270, lines 13 to 25, and page 271, lines 2 to 10, and 12 to 13 | GRANTED |
| **No Public Version Filed**/(484-6) | Excerpts from Wilk Depo., Ex. 3 | Page 91, lines 2 to 22, and 24, page 92, lines 3 to 14, 16, and 18 to 25, page 93, lines 2 to 25, page 94, lines 18 to 21, page 96, lines 7 to 12, 14, 16 to 18, 20 to 23, and 25, page 97, lines 2 to 4, 6 to 9, 11 to 14, 16 to 17, and 19 to 25, page 98 lines 2 to 8, 10 to 11, 13 to 22, and 24 to 25, and page 99, line 2 | GRANTED |
| **No Public Version Filed**/(486-3) | SST's Reply in Support of Mot. to Exclude Opinions of Malackowski, Ex. 1 | Page 6, lines 5-7; page 1, line 2, page 3, line 9, page 5, lines 6 to 7, page 6, lines 10 to 16, page 7, lines 16 to 17, page 8, lines 6 to 8, and 22 to 28, and page 9, lines 4 to 5 | GRANTED |
| **No Public Version Filed**/(486-4) | Excerpts from Mewes Depo., Ex. 2 | Page 109, lines 11 to 12, page 111, line 21, page 113, lines 6, 15, 19, and 25, page 114, lines 23 to 24, page 115, lines 5, 14, 16, and 25, and page 116, line 20 | GRANTED |
| **No Public Version Filed**/(486-5) | Apple's supplemental objections/reponses to SST's amended second set of interrogatories, Ex. 3 | Page 175, lines 14-16 Page 176 line 9 to page 179 line 14 Page 179 line 18 to page 182 line 18 Page 182 line 19 to page 183 line 11 Page 189 line 23 to page 191 line 12 | GRANTED |
| **No Public Version Filed**/(486-6) | Apple's supplemental objections/reponses to | Entire document | DENIED |

16

| | | | |
|---|---|---|---|
| | THX's amended second set of interrogatories, Ex. 4 | | |
| **No Public Version Filed**/(496-3) | SST's Opposition to Apple's MIL 1, Ex. 1 | Entire document | DENIED |
| **No Public Version Filed**/(496-4) | Excerpts from Crosby Depo., Ex. 2 | Entire document | DENIED |
| **No Public Version Filed**/(496-5) | Excerpts from Morishita Depo., Ex. 3 | Entire document | DENIED |
| **No Public Version Filed**/(496-6) | Excerpts from Elliott Rpt., Ex. 4 | Entire document | DENIED |
| **No Public Version Filed**/(500-3) | Excerpts from Dansky Rpt., Ex. 1 | Pages 16, 47 to 49, 54 to 55, 57 to 62, 64 to 67, 106, and 111; pages 46, 48 to 52, 88 to 89, and 95 to 96; pages 87, 107, 108, and 110 | GRANTED |
| **No Public Version Filed**/(500-4) | Excerpts from Malakowski Rebuttal Rpt., Ex. 3 | Pages 67 and 68 | GRANTED |
| **No Public Version Filed**/(543-3) | SST's Opposition to Apple's Mot. for Attorneys' Fees, Ex. 1 | Page 21 line 19 to page 22 line 2; page 4, lines 17-20, page 11, lines 1-13 and 20-28, and page 20, line 5 | GRANTED |
| **No Public Version Filed**/(543-4) | Excerpts from Kyriakakis Depo., Ex. 2 | Page 161, lines 4, 8, and 10, and page 162, line 13 | GRANTED |
| **No Public Version Filed**/(543-5) | Excerpts from Wilk Depo., Ex. 3 | Page 278, lines 3-25, page 279, lines 2-25, page 280, lines 2-25, page 281, lines 2-25, and page 282, lines 2-25 | GRANTED |
| **No Public Version Filed**/(543-6) | SST's supplemental responses/objections to Apple's first set of interrogatories, Ex. 4 | Entire document | DENIED |
| **Entire document sealed**/(543-7) | SST's supplemental responses/objections to Apple's fifth set of interrogatories, Ex. 5 | Entire document | GRANTED |
| **No Public Version Filed**/(543-8) | Excerpts from Riegler Depo., Ex. 6 | Entire document | DENIED |
| **No Public Version Filed**/(543-9) | THX's supplemental responses/objections to Apple's first set of interrogatories, Ex. 7 | Entire document | DENIED |
| **No Public Version Filed**/(543-10) | Email, Ex. 8 | Pages 8, 9, 10, 14, 15, 19-20, 23-24, 25, and 26 | GRANTED |
| **Entire document sealed**/(543-11) | Email, Ex. 9 | Entire document | GRANTED |
| **Entire document sealed**/(543-12) | Email, Ex. 10 | Entire document | GRANTED |

## III. CONCLUSION

For the foregoing reasons, the Court **GRANTS** the following requests to file under seal: Dkt. Nos. 363, 433, 442, 484, and 500.

The Court **GRANTS IN PART** and **DENIES IN PART** the following requests to file under seal: Dkt. Nos. 389, 397, 405, 409, 429, 440, 468, 473, 486, and 543.

The Court **DENIES** Dkt. No. 496 as not sufficiently narrowly tailored.

For each document listed above indicating that no public version has been filed, the Court **DIRECTS** SST to file a version of for the public record that reflects the redactions described in the chart above. With respect to documents or portions of documents for which SST's motion to seal has been denied, the Court **DIRECTS** SST to file a complete version of the document for the public record.

**IT IS SO ORDERED.**

Dated: 8/17/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge