UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SLOT SPEAKER TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 4:13-CV-01161-HSG (DMR)<br><br>**ORDER CLARIFYING ORDER ON SLOT SPEAKER TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL (DKT. 553)** |

141040194.1

ORDER
CASE NO. 4:13-CV-01161-HSG (DMR)

The Court, having considered Slot Speaker Technologies, Inc.'s ("SST's") Administrative Motion for Clarification of Order on SST's Administrative Motions to File Under Seal ("Administrative Motion") and other papers filed in support of and/or in opposition thereto, and the files in the record, hereby clarifies that page 12, lines 20-27 of SST's Motion to Exclude Certain Opinions of James E. Malackowski (Dkt. 442-3) is sealed.

Dated: August 28, 2018

_____
Judge Haywood S. Gilliam, Jr.